## CIVIL COVER SHEET ADDENDUM

Attorneys for Plaintiffs:

    Paul D. Raschke
    Charles G. Bernstein
    David L. Palmer
    Mary C. Chalawsky
    Joyce R. Lombardi
    Law Offices of Peter G. Angelos, P.C.
    210 West Pennsylvania Avenue, Suite 700
    Towson, Maryland 21204
    Tel: 410-426-3200

    John W. Nowicki
    6916 North Point Road
    Baltimore, Maryland 21219-1216
    Telephone: 410-477-8400

Attorneys for Defendants:

    Paul W. Ishak
    Stark and Keenan, P.A.
    30 Office Street
    Bel Air, Maryland 21014
    Telephone: 410-879-2222

    *Attorney for Defendant John R. Hicks*

    Andrew Gendron
    Michael J. De Vinne
    Venable LLP
    750 East Pratt Street, Suite 900
    Baltimore, Maryland 21202
    Telephone: 410-244-7400

    Jamie Slimm
    Archer & Greiner, P.C.
    One Centennial Square
    P.O. Box 3000
    Haddonfield, New Jersey 08033
    Telephone: 856-795-2121

    *Attorneys for Defendant Exxon Mobil Coropration*

BA2/430411v1