# EXHIBIT 1

KENNETH ACKERMAN                              *      IN THE
ROXANNA M. GUINAN                             *
10222 Allamanda Boulevard                     *      CIRCUIT COURT
Palm Beach Gardens, FL 33410                  *
                                              *      FOR
    As Former Residents and Titleholders to:    *
    3002 Lyndebrooke Court                       *      HARFORD COUNTY
    Fallston, MD 21047                           *
                                              *      Case No.: _____
          and                    *
                                              *
JEFFREY GUINAN                                *
FALLON GUINAN                                 *
10222 Allamanda Boulevard                     *
Palm Beach Gardens, FL  33410                 *
                                              *
    As Former Residents of:                      *
    3002 Lyndebrooke Court                       *
    Fallston, MD  21047                          *
                                              *
          and                    *
                                              *
JAMES ACKERMAN                                *
720 Buttonwood  Road                          *
North Palm Beach, FL  33408                   *
                                              *
    As Former Resident of:                       *
    3002 Lyndebrooke Court                       *
    Fallston, MD  21047                          *
                                              *
          and                    *
                                              *
APRIL ACKERMAN                                *
24900 Riverton Cutoff Road                    *
Mardela Springs, MD  21837                    *
                                              *
    As Former Resident of:                       *
    3002 Lyndebrooke Court                       *
    Fallston, MD  21047                          *
                                              *
          and                    *
                                              *
                                              *
                                              *
                                              *

MARY ACKERMAN, Individually                          *
and as Personal Representative of the                *
ESTATE OF THOMAS ACKERMAN                             *
2700 Park Heights Drive                               *
Baldwin, MD 21013                                     *
                                                      *
              and                                     *
                                                      *
CHARLES V. ADAMS                                      *
CHRISTIANNE M. ADAMS                                  *
2909 Franklins Chance Drive                           *
Fallston, MD 21047                                    *
                                                      *
              and                                     *
                                                      *
JOHN ALEXIS                                           *
1010 East Lake Avenue                                 *
Baltimore, MD 21212                                   *
                                                      *
      As Former Resident and Titleholder to:         *
      2712 Hunting Ridge Court                        *
      Baldwin, MD 21013                               *
                                                      *
              and                                     *
                                                      *
CHARLES J. ARKINS                                     *
LULA M. ARKINS                                        *
2703 Terra Vista Drive                                *
Baldwin, MD 21013                                     *
                                                      *
              and                                     *
                                                      *
THOMAS J. ARNO                                        *
AMY H. ARNO                                           *
Both individually, and as next friends of            *
ALEX ARNO                                             *
ETHAN ARNO                                            *
2998 Lyndebrooke Court                                *
Fallston, MD 21047                                    *
                                                      *
              and                                     *
                                                      *
                                                      *

2

ROBERT A. ASKIN                                    *
HELEN V. ASKIN                                     *
2832 Cross Country Court                           *
Fallston, MD 21047                                 *
                                                   *
                and                                *
                                                   *
RICKY G. ASTARITA                                  *
PATSY L. ASTARITA                                  *
Both individually, and as next friends of          *
ALEXANDRA N. ASTARITA                              *
GRACE M. ASTARITA                                  *
EMILY ASTARITA, Individually                       *
3004 Sheffield Court                               *
Fallston, MD 21047                                 *
                                                   *
                and                                *
                                                   *
LIONEL J. BANE                                     *
LOU ANN BANE                                       *
2507 Derby Drive                                   *
Fallston, MD 21047                                 *
                                                   *
                and                                *
                                                   *
TIMOTHY BANKS                                      *
SUSAN E. BANKS                                     *
KRISTIN E. BANKS                                   *
TIMOTHY  BANKS                                     *
2533 Greene Road                                   *
Baldwin, MD 2101                                   *
                                                   *
                and                                *
                                                   *
DEBRA L. BARE                                      *
LARRY G. BARE                                      *
CODY  BARE                                         *
2621 Fallston Road                                 *
Fallston, MD 21047                                 *
                                                   *
                and                                *
                                                   *
                                                   *

3

TONYA FREUND                                          *
200 Oak Leaf Circle                                   *
Apartment 200-A                                       *
Abingdon, MD 21009                                    *
                                                      *
        As Former Resident of:                        *
        2621 Fallston Road                             *
        Fallston, MD 21047                             *
                                                      *
                and                                    *
                                                      *
THOMAS J. BARGER                                      *
KRISTIN C. BARGER                                     *
Both individually, and as next friends of            *
KEEGAN BARGER                                         *
FINLEY BARGER                                         *
GAVIN BARGER                                          *
NATHANIEL BARGER                                      *
2313 Franklins Chance Court                           *
Fallston, MD 21047                                    *
                                                      *
                and                                    *
                                                      *
SEBASTIANO BARRESI                                    *
ROSE  BARRESI                                         *
2805 Orchard Lakes Drive                              *
Baldwin, MD 21013                                     *
                                                      *
                and                                    *
                                                      *
STEVE BAVETT                                          *
ANNA M. BAVETT                                        *
5430 Patterson Road                                   *
Baldwin, MD  21013                                    *
                                                      *
        As Former Residents and Titleholders to:      *
        2809 Orchard Lakes Drive                       *
        Baldwin, MD  21013                             *
                                                      *
                and                                    *
                                                      *
                                                      *
                                                      *

4

STEVE BAVETT                                        *
ANNA M. BAVETT                                      *
As next friends of                                 *
MATTHEW BAVETT                                      *
5430 Patterson Road                                *
Baldwin, MD 21013                                  *
                                                   *
          As Former Resident of:                   *
          2809 Orchard Lakes Drive                 *
          Baldwin, MD 21013                        *
                                                   *
                    and                            *
                                                   *
ANNA M. BAVETT                                      *
As next friend of                                  *
NICHOLAS LIBERTO                                    *
Baldwin, MD  21013                                 *
                                                   *
          As Former Resident of:                   *
          2809 Orchard Lakes Drive                 *
          Baldwin, MD  21013                       *
                                                   *
                    and                            *
                                                   *
GRACE BAYNE                                         *
1123 Belcamp Garth                                 *
Lorien Riverside, Room 113A                        *
Belcamp, MD 21018                                  *
                                                   *
          As Former Resident and Titleholder to:   *
          2508 Greene Road                          *
          Baldwin, MD 21013                         *
                                                   *
                    and                            *
                                                   *
DANIEL BEAUCHEMIN                                   *
STELLA E. BEAUCHEMIN                                *
2705 Farmview Drive                                *
Fallston, MD 21047                                 *
                                                   *
                    and                            *
                                                   *
                                                   *

5

JOANN K. BELLINGTON, Individually                    *
and as Personal Representative of the                *
ESTATE OF WILLIAM B. BELLINGTON                      *
2816 Cross Country Court                              *
Fallston, MD 21047                                   *
                                                     *
            and                                      *
                                                     *
JOHN G. BERGER                                       *
2654 Baldwin Mill Road                               *
Baldwin, MD 21013                                    *
                                                     *
            and                                      *
                                                     *
DANNY L. BLANKENSHIP                                  *
RENEE D. BLANKENSHIP                                  *
2802 Orchard Lakes Drive                             *
Baldwin, MD 21013                                    *
                                                     *
            and                                      *
                                                     *
MARY BLEVINS                                         *
MICHAEL D. BLEVINS                                   *
1410A Falls Crest Drive                              *
Fallston, MD 21047                                   *
                                                     *
      As Former Residents and Titleholders to:      *
      2342 Baldwin Mill Road                         *
      Fallston, MD 21047                             *
                                                     *
            and                                      *
                                                     *
TIMOTHY R. BLEVINS                                   *
JENNIFER M. BLEVINS                                  *
Both individually, and as next friends of           *
STEVEN A. BLEVINS                                    *
2917 Nelson Lane                                     *
Fallston, MD 21047                                   *
                                                     *
            and                                      *
                                                     *
                                                     *

6

JOSHUA R. BLEVINS                                    *
2212 Melrose Lane                                    *
Forest Hill, MD 21050                                *
                                                     *
        As Former Resident of:                       *
        2917 Nelson Lane                              *
        Fallston, MD 21047                            *
                                                     *
                and                                  *
                                                     *
HOWARD H. BOND                                       *
JUNE BOND                                            *
2330 Baldwin Mill Road                               *
Fallston, MD 21047                                   *
                                                     *
                and                                  *
                                                     *
RONALD BONNER                                        *
RUTH M. BONNER                                       *
2320 Franklins Chance Court                          *
Fallston, MD 21047                                   *
                                                     *
                and                                  *
                                                     *
KENNETH M. BRADLEY                                   *
CAROL J. BRADLEY                                     *
2700 Golf Court                                      *
Baldwin, MD 21013                                    *
                                                     *
                and                                  *
                                                     *
BERNADETTE M. BRANNAN                                *
1815 Selvin Drive, Unit 104                          *
Bel Air, MD 21015                                    *
                                                     *
        As Former Resident and Titleholder to:        *
        2515 Tally Ho Drive                           *
        Fallston, MD 21047                            *
                                                     *
                and                                  *
                                                     *
                                                     *
                                                     *

7

RAYMOND E. BREHM, JR.                              *
CONSTANCE M. BREHM                                 *
1330 Rock Ridge Road                               *
Jarrettsville, MD 21084                            *
                                                   *
    As Former Residents and Titleholders to:  *
    2817 Scarff Road                           *
    Fallston, MD 21047                         *
                                                   *
        and                           *
                                                   *
    As Titleholders to:                        *
    2821 Scarff Road                           *
    Fallston, MD 21047                         *
                                                   *
        and                           *
                                                   *
LOIS J. BRODOWSKI                                  *
2701 Crystal Lane                                  *
Baldwin, MD 21013                                  *
                                                   *
        and                           *
                                                   *
PAUL J. BROOKS                                     *
MICHELLE D. BROOKS                                 *
Both individually, and as next friends of          *
SCOTT D. BROOKS                                    *
ZACHARY T. BROOKS, Individually                    *
ALEXANDER M. BROOKS, Individually                  *
2401 Haddon Hurst Court                            *
Fallston, MD 21047                                 *
                                                   *
        and                           *
                                                   *
PEBBLE K. BROWNLEY                                 *
1819 Selvin Drive, Unit 403                        *
Bel Air, MD 21015                                  *
                                                   *
    As Former Resident and Titleholder to:     *
    2800 Baldwin Mill Road                     *
    Baldwin, MD 21013                          *
                                                   *
        and                           *

8

**DEBBIE BUCK**
P.O. Box 472
Fallston, MD 21047

    As Resident and Titleholder to:
    2354 Choate Road
    Fallston, MD 21047

      and

**CHRYSTALLA BURDUSI**
P.O. Box 424
Fallston, MD 21047

    As Resident and Titleholder to:
    2713 Fallston Road
    Fallston, MD 21047

      and

**MARITSA XYNISTERI**
1111 Hanson Road
Nichols Senior Care
Edgewood, MD 21040

    As Former Resident of:
    2713 Fallston Road
    Fallston, MD 21047

      and

**MARINA BURDUSI**
1427 Richardson Street
Baltimore, MD 21230

    As Former Resident of:
    2713 Fallston Road
    Fallston, MD 21047

      and

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

9

DONALD C. BURKE, JR.                              *
LISA A. BURKE                                     *
2111 Allibone Road                                *
Bel Air, MD 21015                                 *
                                                  *
    As Former Residents and Titleholders to: *
    2416 Haddon Hurst Court               *
    Fallston, MD 21047                    *
                                                  *
        and                 *
                                                  *
JULIA BURKE                                       *
MATTHEW BURKE                                     *
2111 Allibone Road                                *
Bel  Air, MD  21015                               *
                                                  *
    As Former Residents of:               *
    2416 Haddon Hurst Court               *
    Fallston, MD  21047                   *
        and                 *
                                                  *
EDWARD C. BURTON, JR.                             *
CANDY L. HOBSON-BURTON                            *
Both individually, and as next friends of        *
MATTHEW HOBSON-BURTON                             *
MARK A. BURTON, Individually                      *
CHARLES D. BURTON, Individually                   *
2701-A Fallston Road                              *
Fallston, MD 21047                                *
                                                  *
        and                 *
                                                  *
MARCIA BYRNE                                      *
PAUL P. BYRNE                                     *
3006 Floribunda Court                             *
Fallston, MD 21047                                *
                                                  *
        and                 *
                                                  *
                                                  *
                                                  *
                                                  *

10

URSULA CAIN-JORDAN                            *
DALE B. JORDAN                                *
P.O. Box 90                                   *
Baldwin, MD 21013                             *
                                              *
    As Residents and Titleholders to:          *
    2807 Greene Road                            *
    Baldwin, MD 21013                           *
                                              *
       and                                *
                                              *
JOHN F. CALLAHAN                              *
DOROTHY H. CALLAHAN                           *
8820 Walther Boulevard, Apt. 3203             *
Parkville, MD 21234                           *
                                              *
    As Former Residents and Titleholders to:    *
    2612 Greene Road                            *
    Baldwin, MD 21013                           *
                                              *
       and                                *
                                              *
    As Titleholders to:                         *
    NS Greene Road                              *
    Upper Crossroads                            *
    Baldwin, MD 21013                           *
    Map: 47, Grid: 1A, Parcel: 292              *
    MD SDAT Account #04-009932                  *
                                              *
       and                                *
                                              *
LUKE J. CANFIELD                              *
JANELLE M. CANFIELD                           *
Both individually, and as next friends of     *
SUMMER A. CANFIELD                            *
2624 Greene Road                              *
Baldwin, MD 21013                             *
                                              *
       and                                *
                                              *
                                              *
                                              *
                                              *

11

MARK S. CANHAM                                          *
Individually, and as next friend of                     *
MITCHELL  CANHAM                                        *
2818 Orchard Lakes Drive                                *
Baldwin, MD 21013                                       *
                                                        *
                                                        *
              and                                       *
                                                        *
JAMES M. CANNELLA                                       *
MARCIE G. CANNELLA                                      *
P.O. Box 236                                            *
Fallston, MD 21047                                      *
                                                        *
                                                        *
        As Residents and Titleholders to:              *
        2214 Choate Road                                *
        Fallston, MD 21047                              *
                                                        *
                                                        *
              and                                       *
                                                        *
CHARLES DAVID CAYCE, IV                                 *
2987 Shangri La Road                                    *
Stewartstown, PA 17363                                  *
                                                        *
        As Former Resident and Titleholder to:         *
        2517 Greene Road                                *
        Baldwin, MD 21013                               *
                                                        *
                                                        *
              and                                       *
                                                        *
RANDY LOUGHRY                                           *
Individually and as next friend of                     *
CAYCE S. LOUGHRY                                        *
CAYLA D. LOUGHRY                                        *
14 Peterson Street                                      *
Avella, MD 15312                                        *
                                                        *
        As Former Residents of:                         *
        2517 Greene Road                                *
        Baldwin, MD 21013                               *
                                                        *
              and                                       *
                                                        *
                                                        *

12

KIMBERLEE A. LOUGHRY                 *
3075 Shangri La Road                 *
Stewartstown, PA 17363               *
                                     *
        As Former Resident of:       *
        2517 Greene Road             *
        Baldwin, MD 21013            *
                                     *
              and                    *
                                     *
RONALD A. CLARK                      *
CAROL F. CLARK                       *
2605 Fallston Road                   *
Fallston, MD 21047                   *
                                     *
              and                    *
                                     *
ALBERT P. CLASS                      *
CAROLYN L. CLASS                     *
2523 Greene Road                     *
Baldwin, MD 21013                    *
                                     *
              and                    *
                                     *
MICHAEL COFIELL                      *
DARLENE S. COFIELL                   *
2701 Hunting Ridge Court             *
Baldwin, MD 21013                    *
                                     *
              and                    *
                                     *
JESSE L. COLEMAN                     *
PATRICIA H. COLEMAN                  *
2315 Willow Vale Drive               *
Fallston, MD 21047                   *
                                     *
              and                    *
                                     *
JOHN C. COLT                         *
FRANCES H. COLT                      *
2271 Baldwin Mill Road               *
Fallston, MD 21047                   *
                                     *

13

and                                    *
                                       *
JOHN S. COMBS                          *
2710 Farmview Drive                    *
Fallston, MD 21047                     *
                                       *
        and                            *
                                       *
SEA UN COMBS                           *
200 Towsontown Court, Apt. 406         *
Towson, MD 21204                       *
                                       *
        As Former Resident and Current Titleholder  *
        to:                            *
        2710 Farmview Drive            *
        Fallston, MD 21047             *
                                       *
        and                            *
                                       *
OWEN CONNOLLY                          *
NANCY L. CONNOLLY                      *
2528 Greene Road                       *
Baldwin, MD 21013                      *
                                       *
        and                            *
                                       *
MARY D. CONWAY                         *
2504 Greene Road                       *
Baldwin, MD 21013                      *
                                       *
        and                            *
                                       *
CHARLES H. COON, JR.                   *
DEBORAH A. COON                        *
LAUREN COON                            *
2907 Franklins Chance Drive            *
Fallston, MD 21047                     *
                                       *
        and                            *
                                       *
                                       *
                                       *
                                       *

14

JORDAN  COON                                          *
9 Taft Street                                         *
Aberdeen, MD 21001                                    *
                                                      *
     As Former Resident of:               *
     2907 Franklins Chance Drive           *
     Fallston, MD 21047                    *
                                                      *
        and                 *
                                                      *
JAMESON COOPER                                        *
KATHERINE A. COOPER                                   *
Both individually, and as next friends of             *
ISABELLA COOPER                                       *
EMILIE COOPER                                         *
ROWAN COOPER                                          *
2701 Farmview Drive                                   *
Fallston, MD 21047                                    *
                                                      *
        and                 *
                                                      *
JOHN L. COUNCILMAN                                    *
DEBORAH J. COUNCILMAN                                 *
10136 Avalon Lake Circle                              *
Ft. Myers, FL 33913                                   *
                                                      *
     As Former Residents and Titleholders to:  *
     2613 Fallston Road                    *
     Fallston, MD 21047                    *
                                                      *
        and                 *
                                                      *
     As Former Titleholders to:            *
     2654 Baldwin Mill Road                *
     Baldwin, MD 21013                     *
                                                      *
        and                 *
                                                      *
                                                      *
                                                      *
                                                      *
                                                      *

15

COLLEEN CRAVEN                                    *
HARRY F. CRAVEN                                   *
EMILY GLASER                                      *
MARK GLASER                                       *
2826 Orchard Lakes Drive                          *
Baldwin, MD 21013                                 *
                                                  *
        and                                       *
                                                  *
DOUGLAS W. TOWNSLEY, POA for                      *
HELEN A. CROWE                                    *
2702 Raynham Court                                *
Baldwin, MD 21013                                 *
                                                  *
    As Former Resident and Titleholder to:        *
    2715 Hunting Ridge Court                       *
    Baldwin, MD 21013                              *
                                                  *
        and                                       *
                                                  *
ROBERT F. D'ANGELO                                *
ELIZABETH A. D'ANGELO                             *
3107 Preakness Drive                              *
Fallston, MD 21047                                *
                                                  *
        and                                       *
                                                  *
CAROLINE DASCHER                                  *
KENNETH W. DASCHER, JR.                           *
Both individually, and as next friends of        *
MEGAN DASCHER                                     *
EMILY DASCHER                                     *
NATHAN DASCHER                                    *
2709 Hunting Ridge Court                          *
Baldwin, MD 21013                                 *
                                                  *
        and                                       *
                                                  *
JOHN H. DAVIDS                                    *
DONNA  J. DAVIDS                                  *
2404 Derby Drive                                  *
Fallston, MD  21047                               *
                                                  *

16

|  |  |
|---|---|
| and | * |
|  | * |
| **GLORIA DAVIS** | * |
| **WILLIAM F. DAVIS** | * |
| Both individually, and as next friends of | * |
| **CHAD DAVIS** | * |
| 2603 Greene Road | * |
| Baldwin, MD 21013 | * |
|  | * |
| and | * |
|  | * |
| **CHRISTOPHER P. DELVECCHIO** | * |
| **PAMELA A. DELVECCHIO** | * |
| Both individually, and as next friends of | * |
| **JENNIFER DELVECCHIO** | * |
| 2312 Choate Road | * |
| Fallston, MD 21047 | * |
|  | * |
| and | * |
|  | * |
| **VINCENT DIFATTA** | * |
| **TERESA L. DIFATTA** | * |
| Both individually, and as next friends of | * |
| **SEAN M. DIFATTA** | * |
| **TIMOTHY DIFATTA, Individually** | * |
| **JEFFREY DIFATTA, Individually** | * |
| 2702 Stanley Drive | * |
| Baldwin, MD 21013 | * |
|  | * |
| and | * |
|  | * |
| **DAVID P. DIGIORGIO** | * |
| **MALLORY S. LEGGE-DIGIORGIO** | * |
| Both individually, and as next friends of | * |
| **PHILIP A. DIGIORGIO** | * |
| **MORGAN L. DIGIORGIO** | * |
| 2502 Fox Road | * |
| Fallston, MD 21047 | * |
|  | * |
| and | * |
|  | * |
|  | * |
|  | * |

17

JOHN T. DITILLO                                              *
2605 Stanley Drive                                          *
Baldwin, MD 21013                                           *
                                                            *
               and                                          *
                                                            *
RICHARD W. DOYLE                                            *
SHIRLEY A. DOYLE                                            *
2705 Fallston Road                                          *
Fallston, MD 21047                                          *
                                                            *
               and                                          *
                                                            *
CELESTE DUNSTAN                                             *
ALBERT K. DUNSTAN                                           *
104 13th Street, Unit 31                                    *
Ocean City, MD 21842                                        *
                                                            *
        As Former Residents and Titleholders to:           *
        2712 Terra Vista Drive                              *
        Baldwin, MD 21013                                   *
                                                            *
               and                                          *
                                                            *
CHRISTIE E. DUNSTAN                                         *
102 E Swarthmore Drive, Apt. E                              *
Towson, MD 21204                                            *
                                                            *
        As Former Resident of:                             *
        2712 Terra Vista Drive                              *
        Baldwin, MD 21013                                   *
                                                            *
               and                                          *
                                                            *
ALEXANDER A. DUNSTAN                                        *
9 Nutmeg Knoll Court                                        *
Cockeysville, MD 21030                                      *
                                                            *
        As Former Resident of:                             *
        2712 Terra Vista Drive                              *
        Baldwin, MD 21013                                   *
                                                            *
               and                                          *

18

BARBARA DUVALL
2510 Greene Road
Baldwin, MD 21013

        and

BARBARA DUVALL
2510 Greene Road
Baldwin, MD 21013

        As Former Titleholder to:
        2508-A Greene Road
        Baldwin, MD 21013

        and

JAMES R. EAVERS
PATSY A. EAVERS
2805 Artemus Court
Baldwin, MD 21013

        and

ELAINE H. EHRHARDT
2730 Baldwin Mill Road
Baldwin, MD 21013

        and

ELAINE H. EHRHARDT
2730 Baldwin Mill Road
Baldwin, MD 21013

        As Former Titleholder to:
        2804-A Glen Keld Court
        Baldwin, MD 21013

        and

*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*

19

LARRY L. ELLIOTT                                    *
PAULA A. ELLIOTT                                    *
LAURA ELLIOTT                                       *
JESSICA CARLOZO                                     *
NICOLE CARLOZO                                      *
JOSEPH CARLOZO                                      *
2903 Franklins Chance Drive                         *
Fallston, MD 21047                                  *
                                                    *
            and                                     *
                                                    *
BEATRICE ELMO                                       *
PETER ELMO                                          *
2706 Hunting Ridge Court                            *
Baldwin, MD 21013                                   *
                                                    *
            and                                     *
                                                    *
PHYLLIS ERCOLANO                                    *
ERNESTO ERCOLANO                                    *
2823 Cross Country Court                            *
Fallston, MD 21047                                  *
                                                    *
            and                                     *
                                                    *
CYRUS R. ETEMAD-MOGHADAM                            *
MELODY A. ETEMAD-MOGHADAM                           *
Both individually, and as next friends of          *
FIRUZ R. ETEMAD-MOGHADAM                            *
REZA A. ETEMAD-MOGHADAM                             *
3004 Franklins Chance Court                         *
Fallston, MD 21047                                  *
                                                    *
            and                                     *
                                                    *
WILLIAM J. FAKAS                                    *
ANASTASIA FAKAS                                     *
Both individually, and as next friends of          *
NICOLETTA FAKAS                                     *
JOHN FAKAS, Individually                            *
2417 Haddon Hurst Court                             *
Fallston, MD 21047                                  *
            and                                     *

20

JOAN L. FALANGA                                                *
2403 Haddon Hurst Court                                        *
Fallston, MD 21047                                             *
                                                               *
                                                               *
          and                                                  *
                                                               *
                                                               *
JEROME K. FERRARA                                              *
KRISTINA FERRARA                                               *
2915 Nelson Lane                                               *
Fallston, MD  21047                                            *
                                                               *
                                                               *
          and                                                  *
                                                               *
                                                               *
JEROME K. FERRARA                                              *
As next friend of                                              *
KIRSTEN P. FERRARA                                             *
NATHAN J. FERRARA                                              *
2915 Nelson Lane                                               *
Fallston, MD  21047                                            *
                                                               *
                                                               *
          and                                                  *
                                                               *
                                                               *
KRISTINA FERRARA                                               *
As next friend of                                              *
JOSEPH LAUMAN                                                  *
KIERSTEIN HELFER                                               *
2915 Nelson Lane                                               *
Fallston, MD 21047                                             *
                                                               *
                                                               *
          and                                                  *
                                                               *
                                                               *
GEORGE V. FIALKOWSKI                                           *
CAROL L. FIALKOWSKI                                            *
2804 Orchard Lakes Drive                                       *
Baldwin, MD 21013                                              *
                                                               *
          and                                                  *
                                                               *
                                                               *
                                                               *
                                                               *

21

DEMETRIOS FILIPIDIS                          *
ROBIN L. FILIPIDIS                           *
Both individually, and as next friends of    *
GEORGE FILIPIDIS                             *
2413 Haddon Hurst Court                       *
Fallston, MD 21047                           *
                                             *
                and                          *
                                             *
                                             *
AILEEN FLANAGAN                              *
JOHN S. FLANAGAN                             *
21 Manor Brook Road                          *
Monkton, MD 21111                            *
                                             *
        As Former Residents and Titleholders to: *
        2806 Orchard Lakes Drive             *
        Baldwin, MD 21013                     *
                and                          *
                                             *
AILEEN FLANAGAN                              *
JOHN S. FLANAGAN                             *
As next friends of                           *
GRACE FLANAGAN                              *
21 Manor Brook Road                          *
Monkton, MD  21111                           *
                                             *
        As Former Resident of:               *
        2806 Orchard Lakes Drive             *
        Baldwin, MD 21013                     *
                                             *
                and                          *
                                             *
RONALD L. FOX                               *
KATHLEEN FOX                                *
RICHARD A. FORD, III                         *
DAMION M. FORD                              *
2601 Stanley Drive                           *
Baldwin, MD 21013                            *
                                             *
                and                          *
                                             *
                                             *
                                             *

22

RALPH M. FRENCH        *
JUDY R. FRENCH         *
2807 Orchard Lakes Drive      *
Baldwin, MD 21013        *
              *
      and       *
              *
GERARD FREY         *
724 Winterfield Court       *
Bel Air, MD 21015        *
              *
 As Former Resident and Titleholder to: *
 2303 Franklins Chance Court    *
 Fallston, MD 21047       *
              *
      and       *
              *
JOHN P. FRIES         *
LYNNE M. SCHMIDT-FRIES    *
2801 Greene Road        *
Baldwin, MD 21013        *
              *
      and       *
              *
BARRY G. GABLER       *
CYNTHIA L. SODUS       *
Both individually, and as next friends of  *
GRACE GABLER        *
ANNALEE GABLER       *
2825 Glen Keld Court       *
Baldwin, MD 21013        *
              *
      and       *
              *
ROBERT A. GALLO       *
AUDREY GALLO        *
2512 Greene Road        *
Baldwin, MD 21013        *
              *
      and       *
              *
              *
              *

23

FRED C. GEBHARDT, Individually                                    *
and as Personal Representative of the                             *
ESTATE OF TERI M. GEBHARDT                                        *
JOCELYN GEBHARDT, Individually                                    *
2301 Franklins Chance Court                                       *
Fallston, MD 21047                                                *
                                                                  *
            and                                                   *
                                                                  *
CHELSEA GEBHARDT                                                  *
1944 N. Lincoln Avenue                                            *
Chicago, IL 60614                                                 *
                                                                  *
        As Former Resident of:                                   *
        2301 Franklins Chance Court                               *
        Fallston, MD 21047                                        *
                                                                  *
            and                                                   *
                                                                  *
PATRICIA O'NEILL                                                  *
Personal Representative of the                                    *
ESTATE OF ELIZABETH C. GENDIMENICO                                *
816 Gary Drive                                                    *
Kingsville, MD 21087                                              *
                                                                  *
        As Former Resident and Titleholder to:                   *
        2356 Choate Road                                          *
        Fallston, MD 21047                                        *
                                                                  *
            and                                                   *
                                                                  *
PETER C. GEORGOPOULOS                                             *
SUSAN E. GEORGOPOULOS                                             *
3008 Franklins Chance Drive                                       *
Fallston, MD 21047                                                *
                                                                  *
            and                                                   *
                                                                  *
                                                                  *
                                                                  *
                                                                  *
                                                                  *
                                                                  *

24

WILLIAM GILL                                        *
BETTE L. GILL                                       *
2010 Mill Dale Court                                *
Fallston, MD 21047                                  *
                                                    *
    As Former Residents and Titleholders to:   *
    2710 Hunting Ridge Court                    *
    Baldwin, MD 21013                           *
                                                    *
      and                               *
                                                    *
JAMES D. GILPATRICK                                 *
MICHAELE A. GILPATRICK                              *
2744 Greene Road                                    *
Baldwin, MD 21013                                   *
                                                    *
      and                               *
                                                    *
SCOTT M. GOLLY                                      *
2607 Fallston Road                                  *
Fallston, MD 21047                                  *
                                                    *
      and                               *
                                                    *
THOMAS H. GOULD                                     *
JUDITH H. GOULD                                     *
2827 Cross Country Court                            *
Fallston, MD 21047                                  *
                                                    *
      and                               *
                                                    *
JOANNE GRAHAM                                       *
GERALD A. GRAHAM                                    *
2807 Glen Keld Court                                *
Baldwin, MD 21013                                   *
                                                    *
      and                               *
                                                    *
ROBERT F. GRANT                                     *
BONNIE L. GRANT                                     *
2352 Choate Road                                    *
Fallston, MD 21047                                  *
                                                    *

and                                                    *
                                                                                 *
**WILLIAM G. GRETES**                                                            *
**EILEEN M. GRETES**                                                             *
**3005 Sheffield Court**                                                         *
**Fallston, MD 21047**                                                           *
                                                                                 *
and                                                    *
                                                                                 *
**MILTON GRIFFITH**                                                              *
**3314 Charles Street**                                                          *
**Fallston, MD 21047**                                                           *
                                                                                 *
    **As Former Resident and Titleholder to:**               *
    **2324 Baldwin Mill Road**                               *
    **Fallston, MD 21047**                                   *
                                                                                 *
and                                                    *
                                                                                 *
**MICHAEL GRIFFITH**                                                             *
**3314 Charles Street**                                                          *
**Fallston, MD 21047**                                                           *
                                                                                 *
    **As Former Resident of:**                               *
    **2324 Baldwin Mill Road**                               *
    **Fallston, MD 21047**                                   *
                                                                                 *
and                                                    *
                                                                                 *
**MELISSA GRIFFITH**                                                             *
**4638 Walther Avenue**                                                          *
**Baltimore, MD 21214**                                                          *
                                                                                 *
    **As Former Resident of:**                               *
    **2324 Baldwin Mill Road**                               *
    **Fallston, MD 21047**                                   *
                                                                                 *
and                                                    *
                                                                                 *
                                                                                 *
                                                                                 *
                                                                                 *
                                                                                 *

26

STACEY L. GUZMAN                                    *
MICHAEL A. GUZMAN                                   *
Both individually, and as next friends of          *
TYLER GUZMAN                                        *
2403 Trinity Place                                  *
Fallston, MD 21047                                  *
                                                    *
                    and                             *
                                                    *
SHIRLEY HALL                                        *
STEVEN HALL                                         *
2807 Artemus Court                                  *
Baldwin, MD 21013                                   *
                                                    *
                    and                             *
                                                    *
THELMA E. HAMEL                                     *
JO ANN E. GEARE                                     *
2829 Cross Country Court                            *
Fallston, MD 21047                                  *
                                                    *
                    and                             *
                                                    *
MICHAEL HARMON, POA for                             *
WILLIAM B. HARMON                                   *
2802 Cross Country Court                            *
Fallston, MD 21047                                  *
                                                    *
                    and                             *
                                                    *
MICHAEL HARMON                                      *
DAWNE JACOBS                                        *
Both individually, and as next friends of          *
ZACHARY HARMON                                      *
2802 Cross Country Court                            *
Fallston, MD 21047                                  *
                                                    *
                    and                             *
                                                    *
                                                    *
                                                    *
                                                    *
                                                    *

27

DAWNE JACOBS                                    *
As next friend of                              *
KATELYN HUDSON                                  *
2802 Cross Country Court                        *
Fallston, MD 21047                              *
                                                *
            and                                 *
                                                *
PATRICIA A. HEAGY                               *
223 Steed Lane                                  *
Bel Air, MD 21014                               *
                                                *
        As Former Resident and Titleholder to: *
        2706 Stanley Drive                      *
        Baldwin, MD 21013                       *
                                                *
            and                                 *
                                                *
MICHAEL HEAGY                                   *
STEVEN M. HEAGY, JR.                            *
MEGAN HEAGY                                     *
223 Steed Lane                                  *
Bel Air, MD 21014                               *
                                                *
        As Former Residents of:                *
        2706 Stanley Drive                      *
        Baldwin, MD 21013                       *
                                                *
            and                                 *
                                                *
STEVEN M. HEAGY, SR.                            *
1349 Northbend Road                             *
Jarrettsville, MD 21084                         *
                                                *
        As Former Resident and Titleholder to: *
        2706 Stanley Drive                      *
        Baldwin, MD 21013                       *
                                                *
            and                                 *
                                                *
                                                *
                                                *
                                                *

28

LISA R. HESSELTINE                              *
MARK C. HESSELTINE                             *
Both individually, and as next friends of      *
KENNETH HESSELTINE                             *
3111 Preakness Drive                           *
Fallston, MD 21047                             *
                                               *
            and                                *
                                               *
JIMMY J. HOLLER                                *
BARBARA A. HOLLER                              *
2700 Stanley Drive                            *
Baldwin, MD 21013                             *
                                               *
            and                                *
                                               *
LARRY W. HOOPER                               *
PAMELA E. HOOPER                              *
2310 Baldwin Mill Road                        *
Fallston, MD 21047                            *
                                               *
            and                                *
                                               *
GWYN HOUSTON                                   *
JANICE A. HOUSTON                             *
P.O. Box 399                                   *
Fallston, MD 21047                            *
                                               *
      As Co-Titleholders to:                  *
      2703 Fallston Road                       *
      Fallston, MD 21047                       *
                                               *
            and                                *
                                               *
                                               *
                                               *
                                               *
                                               *
                                               *
                                               *
                                               *
                                               *
                                               *

29

GWYN HOUSTON                                          *
JANICE A. HOUSTON                                    *
As next friends of                                   *
DANIEL MAY                                           *
P.O. Box 399                                         *
Fallston, MD 21047                                   *
                                                     *
    As Former Resident of:                         *
    2703 Fallston Road                             *
    Fallston, MD 21047                             *
                                                     *
        and                                  *
                                                     *
RITA HOWARTH                                          *
STEVEN E. HOWARTH                                    *
2520 Arcola Lane                                     *
Wayzata, MN 55391                                   *
                                                     *
    As Former Residents and Titleholders to:       *
    2419 Haddon Hurst Court                         *
    Fallston, MD 21047                             *
                                                     *
        and                                  *
                                                     *
RITA HOWARTH                                          *
STEVEN E. HOWARTH                                    *
As next friends of                                   *
PAIGE HOWARTH                                         *
2520 Arcola Lane                                     *
Wayzata, MN 55391                                   *
                                                     *
    As Former Resident of:                         *
    2419 Haddon Hurst Court                         *
    Fallston, MD 21047                             *
                                                     *
        and                                  *
                                                     *
                                                     *
                                                     *
                                                     *
                                                     *
                                                     *
                                                     *

30

DAVID J. HOYT                                       *
KATHLEEN H. HOYT                                    *
Both individually, and as next friends of           *
EMILY E. HOYT                                       *
LESLIE M. HOYT                                      *
VIRGINIA A. HOYT, Individually                      *
3007 Franklins Chance Drive                         *
Fallston, MD 21047                                  *
                                                    *
                 and                                *
                                                    *
JAMES D. HUNTER                                     *
BONNIE L. HUNTER                                    *
ALLISON L. HUNTER                                   *
JAMES D. HUNTER, JR.                                *
JEFFREY M. HUNTER                                   *
3010 Franklins Chance Drive                         *
Fallston, MD 21047                                  *
                                                    *
                 and                                *
                                                    *
SCOTT IANNANTUONO                                   *
KIMBERLY S. IANNANTUONO                             *
3933 Briar Knoll Circle                             *
Phoenix, MD 21131                                   *
                                                    *
        As Former Residents and Titleholders to:    *
        2708 Farmview Drive                          *
        Fallston, MD 21047                           *
                                                    *
                 and                                *
                                                    *
                                                    *
                                                    *
                                                    *
                                                    *
                                                    *
                                                    *
                                                    *
                                                    *
                                                    *

31

SCOTT IANNANTUONO                                    *
KIMBERLY S. IANNANTUONO                              *
As next friends of                                  *
BENJAMIN IANNANTUONO                                 *
JACK IANNANTUONO                                     *
MEGAN IANNANTUONO                                    *
3933 Brian Knoll Circle                             *
Phoenix, MD  21131                                  *
                                                     *
    As Former Residents of:      *
    2708 Farmview Drive           *
    Fallston, MD  21047           *
                                                     *
    and                           *
                                                     *
CHRISTOPHER JAMISON                                  *
MICHELE R. JAMISON                                   *
30059 Queen Anne Highway                            *
Queen Anne, MD 21629                                *
                                                     *
    As Former Residents and Titleholders to:   *
    2666 Baldwin Mill Road        *
    Baldwin, MD 21013             *
                                                     *
    and                           *
                                                     *
CHRISTOPHER JAMISON                                  *
MICHELE R. JAMISON                                   *
As next friends of                                  *
CHRISTOPHER JAMISON, JR.                            *
30059  Queen Anne Highway                           *
Queen Anne, MD  21629                               *
                                                     *
    As Former Resident of:        *
    2666 Baldwin Mill Road        *
    Baldwin, MD  21013            *
                                                     *
    and                           *
                                                     *
                                                     *
                                                     *
                                                     *
                                                     *

GLENN K. JANUARY                           *
ARLENE E. JANUARY                          *
STEPHEN D. JANUARY                         *
2417 Derby Drive                           *
Fallston, MD 21047                         *
                                           *
            and                            *
                                           *
MICHAEL C. JANUS                           *
TAMMY L. JANUS                             *
Both individually, and as next friends of  *
ASHLEY JANUS                               *
ALYSSA JANUS                               *
2308 Windswept Court                       *
Fallston, MD 21047                         *
                                           *
            and                            *
                                           *
MICHAEL C. JANUS                           *
TAMMY L. JANUS                             *
2308 Windswept Court                       *
Fallston, MD 21047                         *
                                           *
        As Former Residents and Titleholders to:   *
        3001 Sheffield Court               *
        Fallston, MD 21014                 *
                                           *
            and                            *
                                           *
MICHAEL C. JANUS                           *
TAMMY L. JANUS                             *
As next friends of                         *
ASHLEY JANUS                               *
ALYSSA JANUS                               *
2308 Windswept Court                       *
Fallston, MD 21047                         *
                                           *
        As Former Residents of:           *
        3001 Sheffield Court               *
        Fallston, MD 21014                 *
                                           *
            and                            *
                                           *

33

JENNIFER JOHNSON                                    *
GREGORY B. JOHNSON                                  *
804 Stiles Court                                    *
Joppa, MD 21085                                     *
                                                    *
    As Former Residents and Titleholders to:   *
    2718 Greene Road                            *
    Baldwin, MD 21013                           *
                                                    *
    and                                         *
                                                    *
JENNIFER JOHNSON                                    *
GREGORY B. JOHNSON                                  *
As next friends of                                  *
RYAN JOHNSON                                        *
HAILEY JOHNSON                                      *
804 Stiles Court                                    *
Joppa, MD 21085                                     *
                                                    *
    As Former Residents of:                     *
    2718 Greene Road                            *
    Baldwin, MD 21013                           *
                                                    *
    and                                         *
                                                    *
WALTER G. JUNG                                      *
BARBARA A. JUNG                                     *
3001 Franklins Chance Drive                         *
Fallston, MD 21047                                  *
                                                    *
    and                                         *
                                                    *
HENRY V. KAHL                                       *
HARRIET F. KAHL                                     *
HARRY J. CIMBOLO                                    *
2300 Franklins Chance Drive                         *
Fallston, MD 21047                                  *
                                                    *
    and                                         *
                                                    *
                                                    *
                                                    *
                                                    *

34

ALP A. KAYABASI                                    *
CHRISTY L. KAYABASI                                *
Both individually, and as next friends of          *
CARLEY A. KAYABASI                                 *
ASHLEY D. KAYABASI                                 *
2608 Stanley Drive                                 *
Baldwin, MD 21013                                  *
                                                   *
            and                                    *
                                                   *
RANDALL S. KEISER                                  *
LOURDES Z. KEISER                                  *
2900 Franklins Chance Drive                        *
Fallston, MD 21047                                 *
                                                   *
            and                                    *
                                                   *
STERLING LYTLE                                     *
Personal Representative of the                     *
ESTATE OF HAROLD J. KELLY                          *
3209 Jarrettsville Pike                            *
Monkton, MD 21111                                  *
                                                   *
        As Former Resident and Titleholder to:    *
        2507 Greene Road                           *
        Baldwin, MD 21013                          *
                                                   *
            and                                    *
                                                   *
        As Former Resident of:                     *
        2924 Baldwin Mill Road                     *
        Baldwin, MD  21013                          *
                                                   *
            and                                    *
                                                   *
MICHAEL KELLY                                      *
JOAN M. KELLY                                      *
209 Stanford Drive                                 *
Chester Springs, PA 19425                          *
                                                   *
        As Former Residents and Titleholders to:   *
        2300 Windswept Court                       *
        Fallston, MD 21047                          *

35

```
                       and                        *
                                                  *
                                                  *
COLLEEN KELLY                                     *
RYAN PROTZKO                                      *
DEVIN PROTZKO                                     *
KELLY PROTZKO                                     *
3000 Lyndebrooke Court                            *
Fallston, MD 21047                                *
                                                  *
                       and                        *
                                                  *
MARK B. KING                                      *
CHRISTINA M. KING                                 *
Both individually, and as next friends of         *
LAURA KING                                        *
TRAVIS BOWEN, Individually                        *
2318 Baldwin Mill Road                            *
Fallston, MD 21047                                *
                                                  *
                       and                        *
                                                  *
JACQUELINE M. KING                                *
2207 Nodleigh Terrace                             *
Jarrettsville, MD 21084                           *
                                                  *
        As Former Resident of:                    *
        2318 Baldwin Mill Road                     *
        Fallston, MD 21047                         *
                                                  *
                       and                        *
                                                  *
BRENDAN C. KLUGE, JR.                             *
10104 Nicholson Road                              *
Ellicott City, MD 21042                           *
                                                  *
        As Former Resident and Titleholder to:    *
        2408 Haddon Hurst Court                    *
        Fallston, MD 21047                         *
                                                  *
                       and                        *
                                                  *
                                                  *
```

36

BRENDAN C. KLUGE, JR.                          *
As next friend of                             *
RYLEE KLUGE                                    *
MACKENZIE KLUGE                               *
BRENDAN C. KLUGE, III, Individually           *
10104 Nicholson Road                          *
Ellicott City, MD  21042                      *
                                              *
        As Former Residents of:              *
        2408 Haddon Hurst Court               *
        Fallston, MD  21047                   *
                                              *
                and                           *
                                              *
SUSAN KLUGE                                    *
413 Rose Way                                   *
Bel Air, MD  21014                             *
                                              *
        As Former Resident and Titleholder to:  *
        2408 Haddon Hurst Court               *
        Fallston, MD 21047                     *
                                              *
                and                           *
                                              *
SUSAN KLUGE                                     *
As next friend of                             *
RYLEE KLUGE                                    *
MACKENZIE KLUGE                               *
413 Rose Way                                   *
Bel Air, MD 21014                              *
                                              *
        As Former Residents of:              *
        2408 Haddon Hurst Court               *
        Fallston, MD 21047                     *
                                              *
                and                           *
                                              *
CAROLE A. KLUNK, Individually                  *
and as Personal Representative of the         *
ESTATE OF JOSEPH A. KLUNK                       *
2513 Fox Road                                  *
Fallston, MD 21842                             *
                                              *

37

                                        *
                and                     *
                                        *
JAN E. KOLAKOWSKI                       *
GLEELA D. KOLAKOWSKI                    *
ERIKA  KOLAKOWSKI                       *
2610 Stanley Drive                      *
Baldwin, MD 21013                       *
                                        *
                and                     *
                                        *
EDWARD D. KOSIBA                        *
JUDITH A. KOSIBA                        *
2813 Glen Keld Court                    *
Baldwin, MD 21013                       *
                                        *
                and                     *
                                        *
KENNETH E. KRAUSZ                       *
MARIE C. KRAUSZ                         *
2336 Baldwin Mill Road                  *
Fallston, MD 21047                      *
                                        *
                and                     *
                                        *
JOHN F. KRESS                           *
SHARON J. KRESS                         *
2815 Orchard Lakes Drive               *
Baldwin, MD 21013                       *
                                        *
                and                     *
                                        *
KEVIN J. KRIVACSY, Individually         *
and as Personal Representative of the   *
ESTATE OF RUTH A. KRIVACSY              *
1269 Zion Church Road                   *
Blythewood, SC 29016                    *
                                        *
        As Former Residents and Titleholders to:  *
        2825 Cross Country Court        *
        Fallston, MD 21047              *
                                        *
                and                     *

                    38

JAMES P. KUHLMAN                                        *
JULIE C. KUHLMAN                                        *
Both individually, and as next friends of              *
SHELBY A. KUHLMAN                                       *
SCOTT C. KUHLMAN, Individually                          *
3002 Floribunda Court                                   *
Fallston, MD 21047                                      *
                                                        *
                    and                                 *
                                                        *
CLARKE LANGRALL, JR.                                    *
MARY M. LANGRALL                                        *
2622 Greene Road                                        *
Baldwin, MD 21013                                       *
                                                        *
                    and                                 *
                                                        *
CLARKE LANGRALL, JR.                                    *
MARY M. LANGRALL                                        *
2622 Greene Road                                        *
Baldwin, MD 21013                                       *
                                                        *
        As Former Titleholders to:                     *
        2700 Greene Road                                *
        Baldwin, MD 21013                               *
                                                        *
                    and                                 *
                                                        *
CLARKE LANGRALL, JR.                                    *
MARY M. LANGRALL                                        *
2622 Greene Road                                        *
Baldwin, MD 21013                                       *
                                                        *
        As Former Residents and Titleholders to:       *
        2640 Greene Road                                *
        Baldwin, MD 21013                               *
                                                        *
                    and                                 *
                                                        *
                                                        *
                                                        *
                                                        *

39

JOHN S. LANGRILL                                    *
LINDA D. LANGRILL                                   *
2717 Hunting Ridge Court                            *
Baldwin, MD 21013                                   *
                                                    *
            and                                     *
                                                    *
LEAH LANGRILL CHILDS                                *
4845 Long Green Road                                *
Glen Arm, MD  21057                                 *
                                                    *
        As Former Resident of:                     *
        2717 Hunting Ridge Court                    *
        Baldwin, MD  21013                          *
                                                    *
            and                                     *
                                                    *
JOSHUA LANGRILL                                     *
3015 5th Avenue                                   *
Baltimore, MD 21234                                 *
                                                    *
        As Former Resident of:                     *
        2717 Hunting Ridge Court                    *
        Baldwin, MD 21013                           *
                                                    *
            and                                     *
                                                    *
FRANCIS X. LAUER                                     *
JUDITH A. LAUER                                      *
2555 Baldwin Mill Road                              *
Baldwin, MD 21013                                   *
                                                    *
            and                                     *
                                                    *
ROBERT S. LINDSAY, Individually                     *
and as Personal Representative of the               *
ESTATE OF SHARON V. LINDSAY                         *
2709 Farmview Drive                                 *
Fallston, MD 21047                                  *
                                                    *
        As Former Residents and Titleholders to:   *
        2305 Franklins Chance Court                 *
        Fallston, MD 21047                          *

40

and                                                    *
                                                       *
                                                       *
ROBERT S. LINDSAY, Individually                        *
and as Personal Representative of the                  *
ESTATE OF SHARON V. LINDSAY                             *
2709 Farmview Drive                                    *
Fallston, MD 21047                                     *
                                                       *
and                                                    *
                                                       *
HOPE LOOKINGLAND                                       *
MICHAEL LOOKINGLAND                                    *
3102 Preakness Drive                                   *
Fallston, MD 21047                                     *
                                                       *
and                                                    *
                                                       *
DAWN L. LUPICA                                         *
CARL R. LUPICA                                         *
Both individually, and as next friends of             *
AUGUSTINE C. LUPICA                                    *
VINCENT J. LUPICA                                      *
3005 Floribunda Court                                  *
Fallston, MD 21047                                     *
                                                       *
and                                                    *
                                                       *
THOMAS J. LUSARDI                                      *
ANNABEL E. LUSARDI                                     *
Both individually, and as next friends of             *
MATTHEW LUSARDI                                        *
NATALIE LUSARDI                                        *
CHRISTINA LUSARDI                                      *
3000 Franklins Chance Drive                            *
Fallston, MD 21047                                     *
                                                       *
and                                                    *
                                                       *
                                                       *
                                                       *
                                                       *
                                                       *

41

MICHAEL J. LYNCH                                        *
ALICIA LYNCH                                            *
P.O. Box 8                                              *
Fallston, MD 21047                                      *
                                                        *
    As Residents and Titleholders to:     *
    2413 Derby Drive                        *
    Fallston, MD 21047                      *
                                                        *
        and                *
                                                        *
MICHAEL J. LYNCH                                        *
ALICIA LYNCH                                            *
P.O. Box 8                                              *
Fallston, MD 21047                                      *
                                                        *
    As Titleholders to:                     *
    2834 Baldwin Mill Road                  *
    Baldwin, MD 21013                       *
                                                        *
        and                *
                                                        *
    2R-2832 Baldwin Mill Road               *
    Baldwin, MD 21013                       *
                                                        *
        and                *
                                                        *
SAMUEL MACATEE                                          *
2507 Gainsford Road                                     *
Timonium, MD 21093                                      *
                                                        *
    As Former Resident of:                  *
    2831 Cross Country Court                *
    Fallston, MD 21047                      *
                                                        *
        and                *
                                                        *
                                                        *
                                                        *
                                                        *
                                                        *
                                                        *

42

JOSEPH E. MACATEE                                    *
P.O. Box 67                                          *
Kingsville, MD 21087                                 *
                                                     *
    As Former Resident and Titleholder to:   *
    2831 Cross Country Court                  *
    Fallston, MD 21047                        *
                                                     *
       and                   *
                                                     *
BETH G. MACMILLAN                                    *
PAUL MACMILLAN                                       *
Both individually, and as next friends of           *
KAITLYN MACMILLAN                                    *
JOSHUA MACMILLAN                                     *
JACOB MACMILLAN                                      *
3008 Floribunda Court                                *
Fallston, MD 21047                                   *
                                                     *
       and                   *
                                                     *
FREDERICK C. MANFRA                                  *
MARLENE F. MANFRA                                    *
3001 Lyndebrooke Court                               *
Fallston, MD 21047                                   *
                                                     *
       and                   *
                                                     *
STEPHANIE J. MANFRA                                  *
2924 W. Trade Avenue                                 *
Miami, FL  33133                                     *
                                                     *
    As Former Resident of:                    *
    3001 Lyndebrooke Court                    *
    Fallston, MD  21047                       *
                                                     *
       and                   *
                                                     *
                                                     *
                                                     *
                                                     *
                                                     *
                                                     *

43

JOHN W. MARSHALL, JR.                          *
PAULA M. MARSHALL                              *
Both individually, and as next friends of      *
OLIVIA GOODWIN-MARSHALL                        *
2842 Scarff Road                               *
Fallston, MD 21047                             *
                                               *
            and                                *
                                               *
PAULA M. MARSHALL                              *
As next friend of                              *
MARIAH GOODWIN-AMOS                            *
2842 Scarff Road                               *
Fallston, MD  21047                            *
                                               *
            and                                *
                                               *
THE SUSAN C. MARSHALL                          *
RECOVABLE TRUST                                *
3001 Shepperd Road                             *
Monkton, MD  21111                             *
                                               *
      By its Trustee:                          *
      SUSAN C. MARSHALL                        *
      3001 Shepperd Road                       *
      Monkton, MD  21111                       *
                                               *
      As Titleholder to:                       *
      2842 Scarff Road                         *
      Fallston, MD  21047                      *
                                               *
            and                                *
                                               *
BRIAN R. MASTERSON                             *
LYNN M. MASTERSON                              *
Both individually, and as next friends of      *
COLLIN MASTERSON                               *
LAUREN MASTERSON                               *
2612 Stanley Dr                                *
Baldwin, MD 21013                              *
                                               *
            and                                *
                                               *

44

VINCENT T. MAZZIOTT                          *
LINDA J. MAZZIOTT                            *
2815 Cross Country Court                     *
Fallston, MD 21047                           *
                                             *
      and                              *
                                             *
EVELYN J. MCDERMOTT                          *
326 Choice Street, Unit B                    *
Bel Air, MD 21014                            *
                                             *
    As Former Resident and Titleholder to:   *
    2419 Haddon Hurst Court                  *
    Fallston, MD 21047                       *
                                             *
      and                              *
                                             *
TYLER M. MCDERMOTT                           *
326 Choice Street, Unit B                    *
Bel Air, MD 21014                            *
                                             *
    As Former Resident of:                   *
    2419 Haddon Hurst Court                  *
    Fallston, MD 21047                       *
                                             *
      and                              *
                                             *
WESLEY W. MCGRAW                             *
LAUREN A. MCGRAW                             *
2531 Greene Road                             *
Baldwin, MD 21013                            *
                                             *
      and                              *
                                             *
ROBERT S. MCGRAW                             *
KATHLEEN P. MCGRAW                           *
Both individually, and as next friends of    *
JONATHAN W. MCGRAW                           *
2401 Derby Drive                             *
Fallston, MD 21047                           *
                                             *
      .and                             *
                                             *

45

CAROLYN MCMORRAN                          *
2824 Cross Country Court                  *
Fallston, MD 21047                        *
                                          *
            and                           *
                                          *
MAXWELL MEARS                             *
REBECCA J. MEARS                          *
2343 Choate Road                          *
Fallston, MD 21047                        *
                                          *
            and                           *
                                          *
CARL WAYNE MELLOTT                        *
2804 Cross Country Court                  *
Fallston, MD 21047                        *
                                          *
            and                           *
                                          *
RALPH J. MIRARCHI                         *
JOAN B. MIRARCHI                          *
202 Wellington Court                      *
Bel Air, MD 21014                         *
                                          *
        As Former Residents and Titleholders to:  *
        3114 Preakness Drive              *
        Fallston, MD 21047                *
                                          *
            and                           *
                                          *
CHARLES J. MOORE, III                     *
BARBARA L. MOORE                          *
2409 Derby Drive                          *
Fallston, MD 21047                        *
                                          *
            and                           *
                                          *
                                          *
                                          *
                                          *
                                          *
                                          *

46

CHARLES J. MOORE, III                          *
BARBARA L. MOORE                               *
Fallston, MD 21047                             *
                                               *
        As Titleholders to:                    *
        Rear Lt 6 Derby Drive                   *
        Fallston, MD 21047                      *
                                               *
                and                            *
                                               *
DENNIS J. MORRISON                             *
NINA MORRISON                                  *
2818 Cross Country Court                       *
Fallston, MD 21047                             *
                                               *
                and                            *
                                               *
JAMES E. MOULSDALE                             *
PAMELA S. MOULSDALE                            *
Both individually, and as next friends of      *
MARY G. MOULSDALE                              *
2301 Choate Road                               *
Fallston, MD 21047                             *
                                               *
        As Residents and Titleholders to:      *
        2301 Hallmark Lane                      *
        Fallston, MD 21047                      *
                                               *
                and                            *
                                               *
JAMES E. MOULSDALE                             *
PAMELA S. MOULSDALE                            *
2301 Choate Road                               *
Fallston, MD 21047                             *
                                               *
        As Former Residents and Titleholders to:   *
        2307 Hallmark Lane                      *
        Fallston, MD 21047                      *
                                               *
                and                            *
                                               *
                                               *
                                               *

47

ISA MUFAREH                                              *
RUTH E. MUFAREH                                          *
2717 Park Heights Drive                                 *
Baldwin, MD 21013                                       *
                                                        *
                                                        *
            and                                         *
                                                        *
SCOTT D. NICKEL                                          *
KAREN NICKEL                                             *
Both individually, and as next friends of              *
GREGORY NICKEL                                           *
2537 Greene Road                                        *
Baldwin, MD 21013                                       *
            and                                         *
                                                        *
SCOTT DENNIS NICKEL                                      *
Personal Representative of the                          *
ESTATE OF CELINA M. ROSSINI                              *
2537 Greene Road                                        *
Baldwin, MD  21013                                      *
                                                        *
        As Former Resident of:                         *
        2537 Greene Road                                *
        Baldwin, MD  21013                              *
                                                        *
                                                        *
            and                                         *
                                                        *
LAURA NOCAR                                              *
2531 South Snyder Avenue                                *
Edgemere, MD 21219                                      *
                                                        *
        As Former Resident of:                         *
        2537 Greene Road                                *
        Baldwin, MD 21013                               *
                                                        *
            and                                         *
                                                        *
                                                        *
                                                        *
                                                        *
                                                        *
                                                        *

48

JESSICA SIMMS                                    *
12522 West Torquay Road                          *
Ocean City, MD  21842                            *
                                                 *
    As Former Resident of:   *
    2537 Greene Road          *
    Baldwin, MD  21013        *
                                                 *
       and     *
                                                 *
JAMES M. NORMAN                                  *
2426 Meadowside Court                            *
Monkton, MD 21111                                *
                                                 *
    As Former Resident and Titleholder to:   *
    3114 Hunt Road            *
    Fallston, MD 21047        *
                                                 *
       and     *
                                                 *
RONALD S. NOVAK                                  *
EMILY C. NOVAK                                    *
Both individually, and as next friends of        *
RONALD S. NOVAK, JR.                             *
JOSEPH D. NOVAK                                   *
CAROLINE R. NOVAK                                *
2704 Stanley Drive                               *
Baldwin, MD 21013                                *
                                                 *
       and     *
                                                 *
FRANCES NOWACKI                                  *
LOUIS M. NOWACKI                                 *
2711 Hunting Ridge Court                         *
Baldwin, MD 21013                                *
                                                 *
       and     *
                                                 *
                                                 *
                                                 *
                                                 *
                                                 *

49

DAVID O'NEIL                                              *
FATEMEH S. O'NEIL                                        *
6516 Chesterfield Avenue                                 *
Mclean, VA 22101                                         *
                                                         *
    As Former Residents and Titleholders to:    *
    2303 Windswept Court                         *
    Fallston, MD 21047                           *
                                                         *
       and                                   *
                                                         *
SEAN RODGERS OWENS                                       *
3105 Preakness Drive                                     *
Fallston, MD 21047                                       *
                                                         *
       and                                   *
                                                         *
KATHERINE W. PARRIS                                      *
WAYNE H. PARRIS                                          *
2830 Cross Country Court                                 *
Fallston, MD 21047                                       *
                                                         *
       and                                   *
                                                         *
ROBERT L. PATRICK, JR.                                   *
LANELL W. PATRICK                                        *
Both individually, and as next friends of               *
ROBERT L. PATRICK, III                                   *
2625 Fallston Road                                       *
Fallston, MD 21047                                       *
                                                         *
       and                                   *
                                                         *
WILLIAM PEACH                                            *
MARGARET PEACH                                           *
2620 Greene Road                                         *
Baldwin, MD 21013                                        *
                                                         *
       and                                   *
                                                         *
                                                         *
                                                         *
                                                         *

50

HENRY R. PEARSON, JR.                    *
GERTRUDE R. PEARSON                       *
2530 Greene Road                          *
Baldwin, MD 21013                         *
                                          *
             and                          *
                                          *
SHARON A. PERFETTI                        *
Individually, and as next friend of       *
MIA PERFETTI                              *
GIANNI PERFETTI                           *
MARISA PERFETTI                           *
3003 Franklins Chance Drive               *
Fallston, MD 21047                        *
                                          *
             and                          *
                                          *
ANTHONY PERFETTI                          *
6826 Via Quito                            *
Pleasanton, CA 94566                      *
                                          *
      As Former Resident and Titleholder to:  *
      3003 Franklins Chance Drive         *
      Fallston, MD 21047                  *
                                          *
             and                          *
                                          *
PATRICK J. PERRIELLO                      *
NORMA M. PERRIELLO                        *
2814 Orchard Lakes Drive                  *
Baldwin, MD 21013                         *
                                          *
             and                          *
                                          *
                                          *
                                          *
                                          *
                                          *
                                          *
                                          *
                                          *
                                          *

51

THE PATRICK AND NORMA PERRIELLO        *
LIVING TRUST                            *
2814 Orchard Lakes Drive                *
Baldwin, MD 21013                       *
                                        *
        By Its Trustees:                *
        PATRICK J. PERRIELLO            *
        NORMA M. PERRIELLO              *
        2814 Orchard Lakes Drive        *
        Baldwin, MD 21013               *
                                        *
        As Titleholder to:              *
        2814 Orchard Lakes Drive        *
        Baldwin, MD 21013               *
                                        *
                and                     *
                                        *
M. JEORGEA C. PETERS                    *
Individually, and as next friend of     *
MICHAEL V. PETERS                       *
STEVEN G. PETERS, Individually          *
2902 Sedgefield Court                   *
Fallston, MD 21047                      *
                                        *
                and                     *
                                        *
KURT PETERSON                           *
MARY B. PETERSON                        *
149 Linden Tree Road                    *
Wilton, CT 06897                        *
                                        *
        As Former Residents and Titleholders to:   *
        2311 Windswept Court            *
        Fallston, MD 21047              *
                                        *
                and                     *
                                        *
                                        *
                                        *
                                        *
                                        *
                                        *
                                        *

52

KURT PETERSON                                        *
MARY B. PETERSON                                     *
As next friends of                                   *
SOPHIE PETERSON                                      *
CONNOR PETERSON                                      *
RYAN PETERSON                                        *
JULIA PETERSON                                       *
149 Linden Tree Road                                 *
Wilton, CT 06897                                     *
                                                     *
          As Former Residents of:                    *
          2311 Windswept Court                       *
          Fallston, MD 21047                         *
                                                     *
               and                                   *
                                                     *
ANTHONY PETRALIA, JR.                                *
JUDY R. PETRALIA                                     *
11652 Belle Haven Drive                              *
New Port Richey, FL 34654                            *
                                                     *
          As Former Residents and Titleholders to:   *
          2417 Haddon Hurst Court                    *
          Fallston, MD 21047                         *
                                                     *
               and                                   *
                                                     *
JANE L. PHILPOT                                      *
JOHN W. PHILPOT, SR.                                 *
2826 Cross Country Court                             *
Fallston, MD 21047                                   *
                                                     *
               and                                   *
                                                     *
LEE G. PIERCE                                        *
2200 Choate Road                                     *
Fallston, MD 21047                                   *
                                                     *
               and                                   *
                                                     *
                                                     *
                                                     *

53

FRANCIS L. PIRACCI                                    *
CYNTHIA M. PIRACCI                                    *
2815 Glen Keld Court                                  *
Baldwin, MD 21013                                     *
                                                      *
          and                                         *
                                                      *
RALPH J. PIROZZI                                      *
NICOLE M. BORYS-PIROZZI                               *
Both individually, and as next friends of            *
DARIUS D. PIROZZI                                     *
ALITA E. PIROZZI                                      *
ADRIA F. PIROZZI                                      *
IANNA S. PIROZZI                                      *
XAVIA K. PIROZZI                                      *
2225 Choate Road                                      *
Fallston, MD 21047                                    *
                                                      *
          and                                         *
                                                      *
HARRY J. PLACK                                        *
MARY C. PLACK                                         *
Both individually, and as next friends of            *
HARRY J. PLACK, III                                   *
EMILY PLACK                                           *
TIMOTHY PLACK                                         *
ASHLEY PLACK, Individually                            *
2317 Franklins Chance Court                           *
Fallston, MD 21047                                    *
                                                      *
          and                                         *
                                                      *
AVRIL D. PLUNKETT                                     *
MICHAEL H. PLUNKETT                                   *
Both individually, and as next friends of            *
CORINNA PLUNKETT                                      *
NICHOLAS PLUNKETT                                     *
P.O. Box 43444                                        *
Nottingham, MD 21236                                  *
                                                      *
          As Former Residents of:                    *
          2800 Scarff Road                            *
          Fallston, MD 21047                          *

54

     and         *
                *

ELIAS PONERES       *
ALEXANDRA PONERES    *
EVANGELOS PONERES    *
CHRISTOS PONERES     *
2707 Hunting Ridge Court    *
Baldwin, MD 21013      *

     and         *

ROBERT K. POTTER     *
DONNA L. POTTER      *
Both individually, and as next friends of *
BRANDON M. POTTER    *
2802 Artemus Court      *
Baldwin, MD 21013      *

     and         *

MARGARET PUSATERI, Individually *
and as Personal Representative of the *
ESTATE OF JAMES PUSATERI  *
812 Turtle Creek Court     *
Bel Air, MD 21014      *

   As Former Residents and Titleholders to: *
   3001 Floribunda Court    *
   Fallston, MD 21047     *

     and         *

DAVID A. RAINEY      *
ELIZABETH S. RAINEY    *
2312 Franklins Chance Court   *
Fallston, MD 21047      *

     and         *

55

NANCY C. RAMAGE                           *
LEWIS RAMAGE                              *
2702 Hunting Ridge Court                  *
Baldwin, MD  21013                        *
                                          *
          and                             *
                                          *
WILLIAM J. RAMSEY                         *
JUDY C. RAMSEY                            *
KIMBERLY B. RAMSEY                        *
2812 Cross Country Court                  *
Fallston, MD 21047                        *
                                          *
          and                             *
                                          *
KRISTIN D. RAMSEY                         *
8434 Gadsden Highway                      *
Trussville, AL 35173                      *
                                          *
     As Former Resident of:              *
     2812 Cross Country Court             *
     Fallston, MD 21047                   *
                                          *
          and                             *
                                          *
DAVID K. RAMSEY                           *
CATHERINE A. RAMSEY                       *
Both individually, and as next friends of *
AUSTIN RAMSEY                             *
CAITLIN RAMSEY, Individually             *
TYLER RAMSEY, Individually               *
EMILY RAMSEY, Individually               *
2604 Stanley Drive                        *
Baldwin, MD 21013                         *
                                          *
          and                             *
                                          *
NACHLAPPAN RAMAN                          *
VIMALA RAMAN                              *
2905 Franklins Chance Drive               *
Fallston, MD  21047                       *
                                          *
          and                             *

56

ROMAN E. RATYCH                                    *
2833 Cross Country Court                            *
Fallston, MD 21047                                 *
                                                   *
                                                   *
            and                                    *
                                                   *
DAVID P. STOLLERY                                  *
2833 Cross Country Court                            *
Fallston, MD  21047                                *
                                                   *
                                                   *
            and                                    *
                                                   *
BETH A. RHUDY                                      *
PHILLIP RHUDY                                       *
Both individually, and as next friends of          *
PORTER RHUDY                                        *
GWYNETH RHUDY                                       *
HEATH RHUDY                                         *
2309 Franklins Chance Court                         *
Fallston, MD 21047                                 *
                                                   *
                                                   *
            and                                    *
                                                   *
CHARLES A. RITCHEY                                 *
JOELL L. RITCHEY                                    *
Both individually, and as next friends of          *
CONNOR A. RITCHEY                                  *
CADEN A. RITCHEY                                    *
2704 Farmview Drive                                *
Fallston, MD 21047                                 *
                                                   *
            and                                    *
                                                   *
PATRICIA A. RITTER                                 *
3116 Hunt Road                                     *
Fallston, MD 21047                                 *
                                                   *
            and                                    *
                                                   *
                                                   *
                                                   *

57

RONALD H. ROBERTS                              *
GAYLEN D. ROBERTS                              *
2616 Greene Road                               *
Baldwin, MD 21013                              *
                                               *
        and                                    *
                                               *
SALVATORE J. RODANO                            *
JANE A. RODANO                                 *
3004 Floribunda Court                          *
Fallston, MD 21047                             *
                                               *
        and                                    *
                                               *
THOMAS A. ROMANKO                              *
ELLEN M. ROMANKO                               *
2808 Artemus Court                             *
Baldwin, MD 21013                              *
                                               *
        and                                    *
                                               *
THOMAS A. ROMANKO                              *
ELLEN M. ROMANKO                               *
2808 Artemus Ct                                *
Baldwin, MD 21013                              *
                                               *
    As Titleholders to:                        *
    Open Space 0.90 AC                          *
    Artemus Court                              *
    Orchard Lakes S2 P65/38                     *
    Baldwin, MD  21013                          *
    Map: 47, Grid: 2A, Parcel: 499             *
    MD SDAT Account #85655                      *
                                               *
        and                                    *
                                               *
KATHY ROUBAL                                   *
2019 Twin Lakes Drive                          *
Jarrettsville, MD 21084                        *
                                               *
    As Former Resident and Titleholder to:     *
    2706 Farmview Drive                         *
    Fallston, MD 21047                          *

```
                                              *
            and                               *
                                              *
SHELLEY DISHAROON                             *
2507 Fox Road                                 *
Fallston, MD  21047                           *
                                              *
       As Former Resident and Titleholder to: *
       2706 Farmview Drive                    *
       Fallston, MD  21047                    *
                                              *
            and                               *
                                              *
SHELLEY DISHAROON                             *
As next friend of                            *
CONNOR DISHAROON                              *
2507 Fox Road                                 *
Fallston, MD  21047                           *
                                              *
       As Former Resident of:                 *
       2706 Farmview Drive                    *
       Fallston, MD  21047                    *
                                              *
            and                               *
                                              *
STEPHEN R. ROUSE                              *
CHELSEA ROUSE                                 *
2604 Fallston Road                            *
Fallston, MD 21047                            *
                                              *
            and                               *
                                              *
CAITLIN DAIL                                  *
412 W. 56th Street                            *
New York, NY  10019                           *
                                              *
       As Former Resident of:                 *
       2604 Fallston Road                     *
       Fallston, MD  21047                    *
                                              *
            and                               *
                                              *
                                              *
```

59

GLENN O. RUBEL                                        *
MARIA L. RUBEL                                        *
Both individually, and as next friends of            *
MARGARETE RUBEL                                       *
CHRISTOPHER RUBEL                                     *
2664 Baldwin Mill Road                                *
Baldwin, MD 21013                                     *
                                                      *
              and                                     *
                                                      *
MICHAEL E. RUDASILL                                   *
Individually and as next friend of                   *
CAMERON RUDASILL                                      *
ANITA E. HANSEN, Individually                         *
2709-A Fallston Road                                  *
Fallston, MD 21047                                    *
                                                      *
              and                                     *
                                                      *
MARK A. RUGGIERO                                      *
BARBARA RUGGIERO                                      *
3200 Tally Ho Place                                   *
Fallston, MD 21047                                    *
                                                      *
              and                                     *
                                                      *
MARK A. RUGGIERO                                      *
BARBARA RUGGIERO                                      *
3200 Tally Ho Place                                   *
Fallston, MD 21047                                    *
                                                      *
       As Titleholders to:                            *
       LT 29 136/136 x 167                            *
       Fox Road or Tally Ho Drive                     *
       Harf Hunt Manor Pt 12/29                       *
       Fallston, MD  21047                            *
       Map: 38, Grid: 4F, Parcel: 67                  *
       MD SDAT Account #058003                        *
                                                      *
              and                                     *
                                                      *
                                                      *

LINDA C. RUTH                              *
RICHARD A. RUTH                            *
2708 Crystal Lane                          *
Baldwin, MD 21013                          *
                                           *
   and                      *
                                           *
HARVEY F. SAMPLE                           *
BERNEATHA J. SAMPLE                        *
2513 Greene Road                           *
Baldwin, MD 21013                          *
                                           *
   and                      *
                                           *
SCOTT A. SAMPLE                            *
420 E. Jarrettsville Road                  *
Forest Hill, MD 21050                      *
                                           *
  As Former Resident of:         *
  2513 Greene Road               *
  Baldwin, MD 21013              *
                                           *
   and                      *
                                           *
GREGORY H. SAMPLE                          *
TINA SAMPLE                                *
Both Individually, and as next friends of  *
HANNA SAMPLE                               *
JEREMY SAMPLE                              *
ALEX SAMPLE                                *
2508-A Greene Road                         *
Baldwin, MD 21013                          *
                                           *
  As Former Residents of:        *
  2513 Greene Road               *
  Baldwin, MD 21013              *
                                           *
   and                      *
                                           *
                                           *
                                           *
                                           *
                                           *

61

DALE H. SAMPLE                              *
SHIRLEY L. SAMPLE                           *
2515 Greene Road                            *
Baldwin, MD 21013                           *
                                            *
          and                               *
                                            *
STEVEN D. SAMPLE                            *
2532 Greene Road                            *
Baldwin, MD 21013                           *
                                            *
     As Former Resident of:                 *
     2515 Greene Road                        *
     Baldwin, MD  21013                      *
                                            *
          and                               *
                                            *
     As Resident and Co-Titleholder to:      *
     2532 Greene Road                        *
     Baldwin, MD  21013                      *
                                            *
          and                               *
                                            *
DALE H. SAMPLE                              *
2515 Greene Road                            *
Baldwin, MD 21013                           *
                                            *
     As Co-Titleholder to:                   *
     2532 Greene Road                        *
     Baldwin, MD 21013                       *
                                            *
          and                               *
                                            *
SALVATORE SAPIENZA                          *
ANGELINA SAPIENZA                           *
ALEXANDER SAPIENZA                          *
NICHOLAS SAPIENZA                           *
2415 Haddon Hurst Court                     *
Fallston, MD 21047                          *
                                            *
          and                               *
                                            *

BRUCE J. SCHABDACH                              *
MARY M. SCHABDACH                              *
SCOTT T. SCHABDACH                             *
AMANDA R. SCHABDACH                            *
2705 Stanley Drive                             *
Baldwin, MD 21013                              *
                                               *
       and                  *
                                               *
SCOTT W. SCHEIR                                *
BETH F. SCHEIR                                 *
Both individually, and as next friends of     *
EILEEN SCHEIR                                  *
ANNA SCHEIR                                    *
2814 Cross Country Court                       *
Fallston, MD 21047                             *
                                               *
       and                  *
                                               *
PATRICIA F. SCHENK                             *
JOHN G. SCHENK                                 *
2519 Tally Ho Drive                            *
Fallston, MD 21047                             *
                                               *
       and                  *
                                               *
FRANK SCHLOSSER                                *
GLORIA R. SCHLOSSER                            *
2503 Derby Drive                               *
Fallston, MD 21047                             *
                                               *
       and                  *
                                               *
ROBERT SCHMID                                  *
JANICE MEYER                                   *
247 Staysail Drive                             *
Joppa, MD  21085                               *
                                               *
    As Former Residents of:               *
    2516 Greene Road                      *
    Baldwin, MD 21013                     *
                                               *
       and                  *

63

MARIA SCHMIDT                         *
MICHAEL T. SCHMIDT               *
Both individually, and as next friends of     *
ALISA SCHMIDT                       *
ANTHONY SCHMIDT                 *
2702 Terra Vista Drive               *
Baldwin, MD 21013                   *
                                              *
                and                 *
                                              *
MARIA SCHMIDT                         *
MICHAEL T. SCHMIDT               *
2702 Terra Vista Drive               *
Baldwin, MD 21013                   *
                                              *
      As Former Residents and Titleholders to:   *
      2205 Choate Road                   *
      Fallston, MD 21047                 *
                                              *
                and                 *
                                              *
ROBERT W. SCHUELER, JR.         *
CHRISTINE M. SCHUELER           *
2511 Derby Drive                     *
Fallston, MD 21047                 *
                                              *
                and                 *
                                              *
CLIFFORD E. SCHULTE             *
2403 Hunt Place                     *
Fallston, MD 21047                 *
                                              *
                and                 *
                                              *
JEREMY SCOTT                       *
FRANCINE SCOTT                   *
Both individually, and as next friends of     *
TYLER SCOTT                         *
ANDREW SCOTT                   *
2700 Hunting Ridge Court           *
Baldwin, MD 21013                   *

|  |  |
|---|---|
| and | * |
|  | * |
| PAUL C. SCOTT | * |
| KATHLEEN D. SCOTT | * |
| 2923 Baldwin Mill Road | * |
| Baldwin, MD 21013 | * |
|  | * |
| and | * |
|  | * |
| GREGORY N. SELTZER | * |
| JUDITH A. SELTZER | * |
| 2611 Fallston Road | * |
| Fallston, MD 21047 | * |
|  | * |
| and | * |
|  | * |
| WAYNE D. SHAFF | * |
| MARISA R. SHAFF | * |
| ANDREW D. SHAFF | * |
| NATALIE A. SHAFF | * |
| JOYCELYN B. QUARANTA | * |
| 2703 Park Heights Drive | * |
| Baldwin, MD 21013 | * |
|  | * |
| and | * |
|  | * |
| JOSEPH V. SHANAHAN | * |
| IRMA C. SHANAHAN | * |
| 2535 Greene Road | * |
| Baldwin, MD 21013 | * |
|  | * |
| and | * |
|  | * |
| KENNETH M. SIMMONS | * |
| VICTORIA B. SIMMONS | * |
| Both individually, and as next friends of | * |
| STEVEN M. SIMMONS | * |
| VINCENT B. SIMMONS, Individually | * |
| MICHAEL R. SIMMONS, Individually | * |
| 2919 Nelson Lane | * |
| Fallston, MD 21047 | * |
|  | * |
| and | * |

65

CHARLES B. SINGLETON                                \*
VIRGINIA L. SINGLETON                    \*
P.O. Box 163                                        \*
Fallston, MD 21047                            \*
                                                 \*

      As Residents  and Titleholders to:       \*
      2310 Choate Road                     \*
      Fallston, MD 21047                  \*
                                           \*

             and                           \*
                                           \*

      As Titleholders to:                  \*
      WS Choate Road                   \*
      Fallston, MD 21047                  \*
      Map: 39, Parcel: 472, Lot: A      \*
      MD SDAT Account #062078       \*
                                           \*

             and                          \*
                                           \*

      As Titleholders to:                  \*
      WS Choate Road                   \*
      Fallston, MD 21047                  \*
      Map: 39, Parcel: 472, Lot: B       \*
      MD SDAT Account  #062086      \*
                                           \*

             and                          \*
                                           \*

LETITIA A. SONN                                \*
CAITLIN M. SONN                           \*
JONATHON D. SONN                      \*
4033 Sharilyn Drive                        \*
Abingdon, MD 21009                  \*
                                           \*

      As Former Residents of:          \*
      2427 Baldwin Mill Road        \*
      Baldwin, MD 21013                \*
                                           \*

             and                          \*
                                           \*
                                           \*
                                           \*

MICHAEL HENLEY                          *
1 Corner Court, Unit 104                *
Timonium, MD 21093                      *
                                        *
    As Former Resident of:          *
    2427 Baldwin Mill Road          *
    Baldwin, MD 21013               *
                                        *
                                        *
        and                 *
                                        *
THERESE M. SORRENTINO                   *
340 Sullivan Drive                      *
Abingdon, MD 21009                      *
                                        *
    As Titleholder to:              *
    2817 Fallston Road              *
    Fallston, MD 21047              *
                                        *
                                        *
        and                 *
                                        *
THERESE M. SORRENTINO                   *
340 Sullivan Drive                      *
Abingdon, MD 21009                      *
                                        *
    As Former Resident and Titleholder to:   *
    2821 Fallston Road              *
    Fallston, MD 21047              *
    Map: 39, Parcel: 471, Lot: z    *
    MD SDAT Account #044436         *
                                        *
                                        *
        and                 *
                                        *
TERRI SPATARO                           *
MARC A. SPATARO                         *
2712 Terra Vista Drive                  *
Baldwin, MD 21013                       *
                                        *
                                        *
        and                 *
                                        *
BARBARA A. ST. CROIX                    *
ARMAND M. ST. CROIX                     *
2409 Haddon Hurst Court                 *
Fallston, MD 21047                      *

```
                                        *
                  and                   *
                                        *
HENRY STANLEY                           *
Individually and as next friend of      *
JOSHUA STANLEY                          *
613 Twinbrook Lane                      *
Joppa, MD 21085                         *
                                        *
         As Former Residents of:        *
         2709 Fallston Road             *
         Fallston, MD 21047             *
                                        *
                  and                   *
                                        *
MILISSA LESTER                          *
308 Talbot Court                        *
Abingdon, MD  21009                     *
                                        *
         As Former Resident of:         *
         2709 Fallston Road             *
         Fallston, MD 21047             *
                                        *
                  and                   *
                                        *
HARRY C. STEPHEN, JR.                   *
JOANNE STEPHEN                          *
Both individually, and as next friends of *
BRIAN STEPHEN                           *
SARAH STEPHEN                           *
2603 Stanley Drive                      *
Baldwin, MD 21013                       *
                                        *
                  and                   *
                                        *
LESTER E. STEWART                       *
ALICIA C. WOODMAN                       *
Both individually, and as next friends of *
ANDREW A. STEWART                       *
2822 Cross Country Court                *
Fallston, MD 21047                      *
                                        *
                  and                   *
```

68

LINDA KAY FISHER                                          *
2836 Scarff Road                                         *
Fallston, MD 21047                                       *
                                                         *
                                                         *
                and                                      *
                                                         *
LINDA KAY FISHER                                         *
As Personal Representative of the                        *
ESTATE OF EDWARD S. STIFLER                              *
2836 Scarff Road                                         *
Fallston, MD  21047                                      *
                                                         *
        As Former Resident and Co-Titleholder to:       *
        2836 Scarff Road                                 *
        Fallston, MD  21047                              *
                                                         *
                and                                      *
                                                         *
LINDA KAY FISHER                                         *
As Co-Personal Representative of the                     *
ESTATE OF KATHERINE L. STIFLER                           *
2836 Scarff Road                                         *
Fallston, MD  21047                                      *
                                                         *
        As Former Resident and Co-Titleholder to:       *
        2836 Scarff Road                                 *
        Fallston, MD 21047                               *
                                                         *
                and                                      *
                                                         *
CYNTHIA L. WARNER                                        *
As Co-Personal Representative of the                     *
ESTATE OF KATHERINE L. STIFLER                           *
2832 Scarff Road                                         *
Fallston, MD  21047                                      *
                                                         *
        As Former Resident and Co-Titleholder to:       *
        2836 Scarff Road                                 *
        Fallston, MD  21047                              *
                                                         *
                                                         *

69

CYNTHIA L. WARNER                              *
HEATHER L. WARNER                              *
STANLEY B. WARNER                              *
2832 Scarff Road                               *
Fallston, MD  21047                            *
                                               *
                and                            *
                                               *
RICHARD W. STORY                               *
CAROL LEE STORY                                *
2304 Franklins Chance Court                    *
Fallston, MD 21047                             *
                                               *
                and                            *
                                               *
CAROL A. SWAM                                  *
3115 Hunt Road                                 *
Fallston, MD 21047                             *
                                               *
                and                            *
                                               *
HENDRIK J. THEUNS                              *
SUSAN C. L. THEUNS                             *
3006 Franklins Chance Drive                    *
Fallston, MD 21047                             *
                                               *
                and                            *
                                               *
DUREL C. THOMAS                                *
PATRICIA L. THOMAS                             *
3003 Sheffield Court                           *
Fallston, MD 21047                             *
                                               *
                and                            *
                                               *
DUREL C. THOMAS                                *
3003 Sheffield Court                           *
Fallston, MD 21047                             *
                                               *
        As Former Resident and Titleholder to: *
        2224 Choate Road                        *
        Fallston, MD 21047                       *

70

          and                                  \*
\*
\*

JEFFREY THOMPSON                          \*
ELAINE THOMPSON                          \*
Both individually, and as next friends of    \*
JARED THOMPSON                          \*
GENEVIEVE THOMPSON                    \*
3003 Floribunda Court                    \*
Fallston, MD 21047                       \*
\*

          and                                  \*
\*

WAYNE PAUL THOMPSON, JR.          \*
COLLEEN B. MCDONOUGH             \*
2609 Greene Road                      \*
Baldwin, MD 21013                     \*
\*

          and                                  \*
\*

VINCENT J. THRAPPAS                  \*
CATHERINE C. THRAPPAS           \*
Both individually, and as next friends of    \*
ALEXANDER THRAPPAS                \*
LIANA THRAPPAS                          \*
2306 Choate Road                      \*
Fallston, MD 21047                       \*
\*

          and                                  \*
\*

JOSEPH R. TITO                           \*
32 Stewarton Court                      \*
Nottingham, MD 21236                \*
\*

          As Former Resident of:          \*
          2420-B Baldwin Mill Road      \*
          Baldwin, MD  21013          \*
\*

          and                                  \*
\*
\*
\*

71

ALLEN ROGER TRACEY, JR.     \*
MARY ELLEN TRACEY      \*
3202 Tally Ho Place       \*
Fallston, MD 21047       \*
               \*
    and       \*
               \*
STEVEN E. TURNER      \*
CAROLYN M. TURNER     \*
Both individually, and as next friends of \*
GREGORY TURNER      \*
2324 Willow Vale Drive     \*
Fallston, MD 21047       \*
               \*
    and       \*
               \*
VALERIE H. TWANMOH     \*
JOSEPH R. TWANMOH     \*
2421 Haddon Hurst Court    \*
Fallston, MD 21047       \*
               \*
    and       \*
               \*
JOSEPH J. TYMINSKI     \*
ANDREA L. TYMINSKI     \*
2944 Baldwin Mill Road     \*
Baldwin, MD 21013       \*
               \*
    and       \*
               \*
THEODORE P. VALMAS, IV    \*
TINA M. VALMAS       \*
Both individually, and as next friends of \*
FRANK G. VALMAS      \*
THEODORE P. VALMAS, V, Individually \*
2804 Artemus Court       \*
Baldwin, MD 21047       \*
               \*
    and       \*
               \*
               \*
               \*

72

MANUEL A. VENDELIS                                    *
DINA N. VENDELIS                                      *
Both individually, and as next friends of            *
JONATHAN VENDELIS                                     *
ANDREW VENDELIS                                       *
CHRISTINA VENDELIS                                    *
2901 Franklins Chance Drive                           *
Fallston, MD 21047                                    *
                                                      *
                    and                               *
                                                      *
PAT VILLAVICENCIO                                     *
1986 Avenida De Antigua                               *
Las Cruces, NM 88005                                  *
                                                      *
        As Former Resident and Titleholder to:       *
        2808 Orchard Lakes Drive                      *
        Baldwin, MD  21013                            *
                                                      *
                    and                               *
                                                      *
LIDIA J. GUZMAN                                       *
1986 Avenida De Antigua                               *
Las Cruces, NM 88005                                  *
                                                      *
        As Former Resident of:                        *
        2808 Orchard Lakes Drive                      *
        Baldwin, MD 21013                             *
                                                      *
                    and                               *
                                                      *
WILLIAM VOLLERTHUM                                    *
ELEANOR M. VOLLERTHUM                                 *
2904 Franklins Chance Drive                           *
Fallston, MD 21047                                    *
                                                      *
                    and                               *
                                                      *
                                                      *
                                                      *
                                                      *
                                                      *
                                                      *

73

STEPHEN WAGNER                                        *
TRACI A. WAGNER                                       *
901 Terra Bella Court                                 *
Fallston, MD 21047                                    *
                                                      *
    As Former Residents and Titleholders to:   *
    2414 Haddon Hurst Court                     *
    Fallston, MD 21047                          *
                                                      *
        and                      *
                                                      *
STEPHEN WAGNER                                        *
TRACI A. WAGNER                                       *
As next friends of                                    *
JESSICA WAGNER                                        *
TORI WAGNER                                           *
901 Terra Bella Court                                 *
Fallston, MD 21047                                    *
                                                      *
    As Former Residents of:                     *
    2414 Haddon Hurst Court                     *
    Fallston, MD 21047                          *
                                                      *
        and                      *
                                                      *
KENNETH D. WALKER                                     *
COURTNAY WALKER                                       *
Both individually, and as next friends of             *
GAGE WALKER                                           *
KENT WALKER                                           *
3007 Floribunda Court                                 *
Fallston, MD 21047                                    *
                                                      *
        and                      *
                                                      *
STEPHEN E. WALTERMYER                                 *
THERESA K. WALTERMYER                                 *
2705 Hunting Ridge Court                              *
Baldwin, MD 21013                                     *
                                                      *
        and                      *
                                                      *
                                                      *

JOHN J. WALTERS                                    *
PATRICIA J. WALTERS                                *
2706 Terra Vista Drive                             *
Baldwin, MD 21013                                  *
                                                   *
            and                                    *
                                                   *
THEODORE M. WASIELEWSKI                             *
KAREN WASIELEWSKI                                  *
2742 Greene Road                                   *
Baldwin, MD 21013                                  *
                                                   *
            and                                    *
                                                   *
GERALYN WEINBERGER                                 *
RICHARD WEINBERGER                                 *
11066 Doxberry Circle                              *
Woodstock, MD 21163                                *
                                                   *
       As Former Residents and Titleholders to:    *
       3002 Franklins Chance Drive                 *
       Fallston, MD 21047                          *
                                                   *
            and                                    *
                                                   *
MICHAEL E. WENTWORTH, JR.                           *
MAIJA WENTWORTH                                    *
2906 Franklins Chance Drive                        *
Fallston, MD 21047                                 *
                                                   *
            and                                    *
                                                   *
MICHAEL C. WHITACRE                                *
2502 Greene Road                                   *
Baldwin, MD 21013                                  *
                                                   *
            and                                    *
                                                   *
VERNA BILLINGSLEA WHITE                            *
2924 Baldwin Mill Road                             *
Baldwin, MD 21013                                  *
                                                   *
            and                                    *

75

NOVELLA WIEGAND                                            *
TONY M. WIEGAND                                           *
Both individually, and as next friends of                *
KAYLA L. WIEGAND                                         *
JUSTIN R. WIEGAND                                        *
2823 Fallston Road                                       *
Fallston, MD 21047                                       *
                                                          *
                       and                                *
                                                          *
HOWARD WILLIS                                            *
Individually, and as next friend of                     *
KYLE WILLIS                                              *
2440 Melrose Avenue                                     *
Cape Girardeau, MO 63701                                *
                                                          *
          As Former Residents of:                       *
          2508 Fallston Road                            *
          Fallston, MD 21047                            *
                                                          *
                       and                                *
                                                          *
WILLIAM R. WINKELMAN                                    *
MARGARET S. WINKELMAN                                   *
Both individually, and as next friends of              *
KENDALL WINKELMAN                                       *
2320 Queensbury Drive                                   *
Fallston, MD 21047                                      *
                                                          *
          As Former Residents of:                       *
          2543 Greene Road                              *
          Baldwin, MD 21013                             *
                                                          *
                       and                                *
                                                          *
                                                          *
                                                          *
                                                          *
                                                          *
                                                          *
                                                          *

76

KELLY STRACKE                                    *
Individually and as next friend of              *
MIA COMI                                         *
2008 Paulette Drive, Apt. 4                      *
Baltimore, MD  21222                             *
                                                 *
        As Former Residents of:                  *
        2543 Greene Road                         *
        Baldwin, MD 21013                         *
                                                 *
                                                 *
                and                              *
                                                 *
MARGARET S. WINKELMAN                            *
2320 Queensbury Drive                            *
Fallston, MD  21047                              *
                                                 *
        As Former Titleholder to:                *
        2543 Greene Road                         *
        Baldwin, MD  21013                        *
                                                 *
                                                 *
                and                              *
                                                 *
CHARLES D. WINKLER                               *
LYNN A. WINKLER                                  *
2207 Choate Road                                 *
Fallston, MD 21047                               *
                                                 *
                and                              *
                                                 *
JOHN P. WOLFF, JR.                               *
DONNA M. WOLFF                                   *
2821 Orchard Lakes Drive                         *
Baldwin, MD 21013                                *
                                                 *
                and                              *
                                                 *
MARK D. WOLLENWEBER                              *
MARY C. WOLLENWEBER                              *
Both individually, and as next friends of        *
MARK WOLLENWEBER, JR.                            *
MATTHEW WOLLENWEBER                              *
2819 Cross Country Court                          *
Fallston, MD 21047                               *

77

and                                    *
                                       *
                                       *
JAY P. WURSTA                          *
CYNTHIA WURSTA                         *
2823 Orchard Lakes Drive               *
Baldwin, MD 21013                      *
                                       *
        and                            *
                                       *
VICTOR YANCONE                         *
EILEEN M. YANCONE                      *
249 Encore Way                         *
Corona, CA 92879                       *
                                       *
        As Former Residents and Titleholders to:   *
        2828 Cross Country Court       *
        Fallston, MD 21047             *
                                       *
        and                            *
                                       *
                                       *
HOMER REN YEH                          *
CHING CHU YEH                          *
9503 Kingscroft Terrace, Apt. C        *
Perry Hill, MD 21128                   *
                                       *
        As  Former Residents and       *
        Current Titleholders to:       *
        2709 Fallston Road             *
        Fallston, MD 21047             *
                                       *
        and                            *
                                       *
SHERWOOD YELTON, JR.                   *
Individually, and as next friend of    *
NOAH YELTON                            *
DREW YELTON                            *
2704 Hunting Ridge Court               *
Baldwin, MD 21013                      *
                                       *
                        *Plaintiff(s)*,   *
                                       *
        *-versus-*                     *

JOHN R. HICKS (d/b/a Crossroads Exxon)        *

                     *

 Serve On:               *

 PAUL ISHAK, Esquire          *

 Stark and Keenan, P.A.         *

 30 Office Street            *

 Bel Air, MD 21014           *

                     *

       *and*            *

                     *

EXXONMOBIL CORPORATION,        *

f/k/a EXXON CORPORATION         *

d/b/a CROSSROADS EXXON         *

1251 Avenue of the Americas         *

New York, New York 10020          *

                     *

 Serve On:               *

 ANDREW GENDRON, Esquire       *

 Venable, LLP              *

 750 East Pratt Street, Suite 900       *

 Baltimore, MD 21202          *

                     *

              *Defendants*  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

   Plaintiffs, by their attorneys, the Law Offices of Peter G. Angelos, PC, sue Defendants

Exxon Mobil Corporation ("Exxon") and John R. Hicks ("Hicks"), and allege as follows:

## INTRODUCTION

   1.  This lawsuit seeks redress for Exxon's and Hicks' egregious failure to safely store

and contain petroleum products at the former Upper Crossroads Exxon filling station

("Crossroads Exxon") located at 2800 Fallston Road, Fallston, Maryland.  The Crossroads

Exxon was in operation as a retail gasoline facility from 1987 to 2005.  Defendants' conduct

over the course of years caused the catastrophic poisoning of the fresh water aquifer that supplies households in the Fallston/Baldwin area around the Crossroads Exxon station.

2.    This Complaint reflects this Court's June 19, 2011 decertification of the class action.   Many former class members, whose interests in this litigation were previously represented by the named class representatives, are herein named as individual plaintiffs.   Their claims have been preserved against the statute of limitations under the principle of class action tolling, adopted by the Maryland Court of Appeals in *Philip Morris USA, Inc. v. Christensen,* 394 Md. 227, 255-256 (2006).

## PARTIES

3.    Plaintiffs are property owners, residents, and former residents who currently reside or have resided in the Fallston/Baldwin area in Harford County, Maryland from December, 1987 through the present.   Their water supply has been and continues to be threatened by and/or contaminated with gasoline and petroleum hydrocarbons that contain, among other things, methyl tertiary-butyl ether ("MTBE"), tert-amyl methyl ether ("TAME") and benzene, toluene, ethylbenzene, toluene and xylene ("BTEX").   Plaintiffs have suffered substantial injuries and damages as a proximate result of Defendants' wrongful conduct, including, but not limited to, loss of property value and appreciation, loss of use and enjoyment of their properties, increased risk of significant adverse health problems necessitating medical monitoring, and/or other material non-economic fear and stress-related damages including increased anxiety and mental anguish.

4.    Defendant John R. Hicks, d/b/a Crossroads Exxon, resides at 1040 Alexandria Way, Bel Air, Harford County, Maryland, 21014.   Hicks operated Crossroads Exxon including

through a licensing, franchise, and/or other agreement with Exxon.   Regarding matters complained of herein, both Defendants have acted in concert throughout the relevant period; hence, any allegation involving Exxon applies equally to Hicks.

5.    Defendant Exxon, formerly known and d/b/a Exxon Corporation, owns the real property known as 2800 Fallston Road, Fallston, Maryland.  In addition, upon information and belief, at all relevant times Exxon exercised legal authority over (and/or otherwise controlled with Hicks) the Crossroads Exxon formerly located at 2800 Fallston Road, Fallston, Maryland. Exxon owned the gasoline storage and distribution equipment at the former Crossroads Exxon station.  Exxon was and is a duly organized foreign corporation authorized to do and transact business in the State of Maryland.

## JURISDICTION AND VENUE

6.    This Court has jurisdiction over the subject matter of this action, pursuant to, inter alia, the provisions of Md. Code Ann., Cts. & Jud. Proc. § 1-501.  This Court has personal jurisdiction over the Defendants pursuant to, inter alia, the provisions of Md. Code Ann., Cts. & Jud. Proc. §§ 6-102 and 6-103.

7.    Venue is proper in the Circuit Court for Harford County pursuant to, inter alia, the provisions of Md. Code Ann., Cts. & Jud. Proc. §§ 6-201 and 6-202: either this jurisdiction is a venue applicable to   both Defendants; or, if there is no single venue applicable to   both Defendants, one (or more) of them may be sued in this venue.

**FACTS COMMON TO ALL COUNTS**

8.     From at least August, 1990 through and including the present and unbeknownst to Plaintiffs, the aquifer that provides water to properties around Crossroads Exxon was contaminated with petroleum hydrocarbons, gasoline, and gasoline constituents including MTBE as a result of Defendants' conduct complained of hereinafter.

9.     Exxon was well aware of this ongoing contamination.  Despite this knowledge, Exxon never made the necessary repairs and improvements to prevent the ongoing contamination.  It did not level with the residents and warn them of the harm they faced.  Most importantly, until 2005, it refused to honor its indisputable responsibility to *shut down* a station that had failed repeatedly over more than a decade to completely contain the thousands of toxic gallons stored underground.  Exxon instead placed its economic interests ahead of the health and safety of the Plaintiffs.

10.    Exposure to gasoline causes cancer and other illnesses in laboratory animals, induces DNA damage in humans, and increases the risk of cancer and other illnesses in humans. There is no known level of gasoline product and/or gasoline constituent product exposure that will not cause cellular damage and increase the risk of cancer and other illnesses in those exposed.  Furthermore, Exxon's Material Safety Data Sheet identifies gasoline as hazardous to both persons and property.

11.    Gasoline consists of chemical components that include benzene, toluene, ethylbenzene, and xylenes (known collectively as "BTEX"), which are known as aromatic hydrocarbons. Gasoline contains, on average, one to two percent (1-2 %) benzene, five to seven percent (5 to 7 %) toluene, two percent (2 %) ethylbenzene, up to ten percent (10%) xylene, and

82

thirty-five to forty-five percent (35 to 45 %) total aromatic hydrocarbons. Benzene has been identified as a human carcinogen. MTBE and TAME are gasoline additives designed to increase the octane, anti-knock rating and oxygen content of gasoline. MTBE is an ether that is produced from methanol and isobutylene, a by-product of the gasoline-refining process. In Maryland, MTBE was added to gasoline at approximately twelve to sixteen percent (12 to 16 %) by volume. MTBE is believed to be a constituent in smaller volumes of certain grades of gasoline that is presently stored and sold in Maryland.

12.     MTBE has unique properties, including enhanced solubility in water and a chemical attraction to water molecules. MTBE is slow to degrade, or break down, once it is released into the environment, particularly in the subsurface of the ground. Because of its "recalcitrance," plumes of MTBE can persist in underground aquifers for decades.

13.     MTBE is a probable human carcinogen. When MTBE is metabolized in the body, tertiary-butyl alcohol ("TBA") and formaldehyde are produced. MTBE is known to be carcinogenic in animals, and animal studies identify testicular tumors, hepatocellular (i.e., liver) adenomas and carcinomas, renal tubular adenomas, carcinomas, brain cancer, leukemia and lymphoma as being associated with exposure to MTBE. There is no safe level of exposure to MTBE or formaldehyde for the development of these tumors. In-vivo and in-vitro studies have identified mechanisms for MTBE-induced cellular damage in animal as well as human tissue. MTBE causes known acute adverse health effects in humans, including rashes, eye irritation, burning of the nose and throat, headaches, nausea, vomiting, cough, disorientation, dizziness, and more. Formaldehyde is a known human carcinogen.

14.     Humans can be exposed to MTBE from ingestion, dermal exposure or inhalation.

15.   Defendants were well aware of the properties of MTBE that rendered it a foreseeable and significant threat to groundwater resources.

16.   In 1984 and 1985, Defendant Exxon, then operating as Exxon, prepared internal memoranda that outlined the risks posed by the addition of MTBE to gasoline and/or consequences of the failure to safely store gasoline containing MTBE.   An April, 1984 memorandum prepared by Exxon employee, P. S. Shah, observed that "In the event of an underground tank gasoline leak, MTBE could lead to higher soluble organic concentrations in groundwater than gasoline leaks without MTBE."   Other memoranda by Exxon employee Barbara Mickelson, written in 1984 and 1985, explained that "MTBE has a much higher aqueous solubility than other soluble gasoline components, such as Benzene"; "MTBE when dissolved in ground water, will migrate farther than the BTEX components before soil attenuation processes stop the MTBE migration"; and "MTBE creates the most mobile of the common gasoline plumes."   Because of these properties, these memoranda advised against the widespread introduction of MTBE into gasoline: "we recommend that from an environmental risk point of view MTBE not be considered as an additive to Exxon gasolines on a blanket basis throughout the United States" and "it would appear that widespread use of MTBE has the potential of increasing our ongoing contamination incidents . . . ."   Nevertheless, despite knowledge of these facts, MTBE was used as the oxygenate of choice by the oil industry, including Exxon, in their gasoline products.

17.   Exxon has long been aware of the propensity of USTs to leak.   Exxon was part of an extensive investigation of UST-related groundwater contamination in Jacksonville, Maryland, which is some six miles from Fallston/Baldwin.   The 1980's investigation led to a number of

84

lawsuits filed against Exxon and to a punitive damages jury verdict against Exxon.  *See Exxon Corp. v. Yarema*, 69 Md. App. 124, 153 (1986).  During other litigation, Exxon representatives compiled "Underground Tank Failure Reports" that documented the existence of 187 gasoline releases from underground fuel storage tanks and their associated piping (collectively "USTs" hereafter) in 1980, 246 gasoline releases from USTs in 1981, and 159 gasoline releases from USTs in 1982.  A number of these releases occurred in Maryland.  A 1973 Exxon report on the problem of leaking USTs stated, "[t]he subject of underground leaks at service stations is one of growing concern to gasoline marketers.  Large sums of money, time, and effort are exhausted on a continuing basis in the location and detection of leaking tanks and lines."  By 1980, Exxon's annual UST testing program found that as many as 27 percent were in fact leaking.  Two (2) years later, the UST failure rate was up to 38 percent.

18.     Nonetheless, Exxon intentionally, knowingly, and deliberately withheld from all non-oil-industry parties information identified in the preceding paragraphs, including information known to Exxon related to specific incidents of groundwater contamination; health dangers posed to humans by MTBE contamination (including those resulting from the failure to store MTBE properly); and/or other adverse consequences resulting from the failure to safely store MTBE.  Indeed, from 1986 to 1987, Exxon took public positions that (i) further medical testing related to the health effects of MTBE exposure was unnecessary; (ii) MTBE was only slightly soluble in water; (iii) potential environmental exposure to MTBE was low; and (iv) MTBE had excellent degradation characteristics- all public positions which Exxon knew to be false (or misleading); this false information was put forth by Exxon exclusively for its own benefit and to confuse and deceive the public.

85

19.    For years, millions of gallons of gasoline with MTBE have escaped into the environment in the United States.  Thousands of gallons have entered the ground from gas stations, including from USTs such as those maintained by Exxon at Crossroads Exxon.

20.    Defendants Exxon and Hicks were aware that residents in the vicinity of the Crossroads Exxon, including Plaintiffs, obtain their water solely through individual wells that draw their water from the underground aquifer.

21.    As early as 1990, Exxon was on notice of gasoline contamination at the Crossroads Exxon.  As alleged in more detail below, Exxon habitually failed to give notice to the Plaintiffs of the dangerous releases at the station or the steps that Plaintiffs needed to take to protect themselves.

22.    In August 1990, the Harford County Health Department ("HCHD") found evidence of gasoline constituents, namely MTBE, in the potable wells supplying the Crossroads Exxon (45 ppb MTBE), a restaurant located on the Exxon property, (5 ppb) and a convenience store, Wawa's, located just across the street at 2801 Fallston Road (8 ppb MTBE).   In response, Defendants Exxon and Hicks conducted an investigation at the site, which included the installation of three shallow monitoring wells and collection of surface and ground water samples.  Sampling of Crossroad Exxon's on-site, potable water well in October 1991 showed the presence of MTBE at 9.5 ppb.

23.    In November 1994, the HCHD again sampled the water supply well of the restaurant on the Crossroads Exxon property and found MTBE at a level of 24 ppb.

24.    In December 1998, routine sampling by the HCHD of a well supplying potable water to the restaurant on the Exxon property, then named Mama Libera's, revealed the presence

of MTBE at 126 ppb.   The Maryland Department of the Environment (MDE) ordered Defendants to install carbon filtration systems on the restaurant's supply well and the Crossroads Exxon's supply well and sample these wells monthly for analysis.   Throughout 1999, monthly analyses of samples from the Crossroads Exxon's supply well consistently revealed concentrations of MTBE up to 13.1 ppb, and up to 97 ppb MTBE from Mama Libera's water supply well.   In addition to the two wells on the Exxon property, Defendants Exxon and Hicks sampled the water supply wells for eight nearby commercial and residential properties.   Wells on five of these properties, one of which was a residence, all tested positive for MTBE, a substance that is man made, and unknown in the environment except for its inclusion in gasoline.

25.   In February 2000, annual groundwater sampling identified eight properties near the Crossroads Exxon with MTBE contamination. Three of these were residential properties, five were commercial.   One commercial property, which housed a dentist's office, hair salon and office, had MTBE at a level of 92 ppb in its potable well. In July 2000, monthly sampling on the Exxon property demonstrated unhealthy levels of MTBE with a high reading of 49.9 ppb.

26.   The next annual sampling in March 2001 revealed new and increased detections of MTBE in the wells of properties on and near Crossroads Exxon, as did the 2002 annual sampling.   Monthly sampling on the Exxon property revealed repeated concentrations of MTBE throughout 2001 and 2002, with a high of 53.3 ppb in 2001 and 31.3 ppb in 2002.   The 2002 sampling showed the well of the nearby commercial property which housed a dentist's office, hair salon and office had MTBE at a level of 42.9 ppb.   The businesses utilizing this well were finally notified by MDE of the contamination in 2002.   At MDE's direction, the Defendants installed a carbon filtration system on this well.

87

27.     In May 2003, MDE required Defendants Exxon and Hicks to perform an environmental site investigation. The October 2003 report from this investigation confirmed contamination on the Crossroads Exxon property with MTBE levels as high as 3,730 ppb in August, 2003. In March 2004, well sampling revealed MTBE levels on the Exxon property as high as 26,000 ppb. Plaintiffs were not notified of these results. In May 2004, Defendants Exxon and Hicks added several properties within the immediate vicinity of the site to its annual well sampling program. More detections of MTBE were found in off-site water supply wells, which prompted MDE to require a survey of residential wells within a half-mile from the Crossroads Exxon. On June 10, 2004, Exxon issued a letter notifying all residents within a half-mile of the Crossroads Exxon of the contamination. MDE issued a letter to residents one day later, and then issued public documents a month later deeming Exxon a source of the contamination in the Fallston area.

28.     Plaintiffs  were not notified of the groundwater contamination or the facts related to any investigation prior to June of 2004.

29.     Regular and repetitive well testing on the site and in the vicinity of the Crossroads Exxon has revealed the presence not only of MTBE, but also of other petroleum hydrocarbons and volatile organic compounds, including TAME. MTBE has been identified at measurable levels in  hundreds of private wells. Exxon installed granular activated carbon ("GAC") filtration systems on 193 private wells in Fallston/Baldwin, according to the MDE.

30.     Clean water is a basic and most precious resource as well as a fundamental and valuable commodity. Water serves direct human needs and also supports wildlife and natural

resources that contribute to the health, economy, and general well being of the people of Harford County, Maryland.

31.     Defendants' release of gasoline and gasoline constituents from Crossroads Exxon has caused widespread contamination of the Fallston/Baldwin groundwater, and area properties, including real properties of the Plaintiffs. Defendants were well aware that the aquifer directly beneath the Crossroads Exxon was the sole source of water for hundreds of residents. Contamination from gasoline and gasoline constituents has occurred with Defendants' knowledge, and Defendants' conduct has caused vast areas of the aquifer underlying Plaintiffs' real properties to become contaminated and/or threatened with contamination.     Such contamination poses known, material health risks to nearby residents, including Plaintiffs. Such contamination has also had an immediate, material adverse impact upon the value, use and enjoyment of the real property owned by Plaintiffs.

32.     The GAC systems installed, but not properly maintained, by Exxon created maintenance issues leading to substantial decreases in water pressure; permanent staining of porcelain fixtures; increased odor in the treated water; and the presence of other volatile organic compounds, presumably emanating from the piping associated with these systems, as well as other problems. The presence of the treatment systems have produced and continue to produce emotional distress that Plaintiffs have had to deal with. In many cases, these GAC systems have been completely replaced more than once.

33.     The repeated and necessary testing of Plaintiffs' private wells produces stress and has posed a hardship on Plaintiffs that affects their quality of life, including interference with work and school schedules to accommodate the testing.

89

34.   Plaintiffs'  have and will continue to suffer a diminution in value of their properties,  a loss of use and enjoyment of those properties, and emotional distress as a result of Defendants' acts and omissions.

35.   Defendants' conduct, as alleged in the preceding paragraphs, continues through the present time - including Defendants' present stated position that the MTBE contamination of the aquifer beneath the Crossroads Exxon did not emanate from the Crossroads Exxon, a fact they know to be untrue.

36.   Despite knowing of the existence of gasoline constituents in the wells at the Upper Crossroads Exxon and in surrounding water supply wells for years, Defendants withheld the information from Plaintiffs. Defendants also failed to provide adequate remediation and restoration of the aquifer supplying water to Fallston/Baldwin residents, including Plaintiffs.

37.   As a result of Defendants' release of gasoline and gasoline constituents, residents in the area, including Plaintiffs, have an increased risk of developing cancer and other illnesses, and of suffering other acute health effects, and/or the exacerbation of existing medical conditions.

38.   At all times relevant to this action, Exxon intentionally, willfully, wantonly and maliciously chose to and continued to store and distribute gasoline containing MTBE additive through Crossroads Exxon in the Fallston/Baldwin area, an area that relies solely on its underground water supply for potable water.  Exxon did so with knowledge that any release of gasoline at the Crossroads Exxon increased groundwater contamination in the vicinity.

39.   The harm suffered by Plaintiffs was the result of Defendants' intentional acts and omissions as well as Defendants' conscious disregard for the safety of an identifiable and

foreseeable group of individuals, including Plaintiffs, who likely would be harmed by the release of gasoline and gasoline constituents, including MTBE. Defendants' intentional wrongdoing included, *inter alia*, installing UST systems known by them to be defective *ab initio* owing to the lack of a tank field liner, or any secondary containment on the tanks or the UST piping; failing to appropriately monitor and control UST systems and associated equipment that they knew were likely to release toxic chemicals into the subsurface that would readily dissolve into groundwater and otherwise contaminate drinking water and Plaintiffs' properties; failing to maintain, and intentionally destroying, records essential for assessing and understanding the station's impact on the aquifer; and intentionally concealing the extent, nature and details of their investigation and remediation of the contamination from the Plaintiffs and the MDE; and concealing from potentially exposed individuals, the known release of harmful and hazardous substances into and around their water supply.   Exxon deliberately, recklessly and/or intentionally failed to remediate, mitigate, or contain the contamination.   Moreover, Defendants concealed from Plaintiffs, the MDE and other members of the public the existence, nature and extent of both the releases and the resulting contamination.

40.     Defendants' knowing and intentional misconduct constitutes actual malice under Maryland law.

41.     Alternatively, Defendants acted with actual malice by virtue of their conscious disregard for a known risk to the health and safety of the Plaintiffs posed by the continued operation of the Crossroads Exxon.

## COUNT I

*(Private Nuisance)*

91

42.     Plaintiffs reallege and incorporate by reference the allegations contained in Paragraphs 1 through 41 inclusive, as if fully and completely restated herein.

43.     Defendants own, owned, maintained, repaired, operated and/or otherwise exercised control over Crossroads Exxon's petroleum storage and distribution-related equipment and the UST systems and associated piping during the entire period of the station's existence, and are therefore responsible for gasoline and gasoline constituents that were and continue to be released into the subsurface, groundwater and surrounding land.

44.     At all material times, Plaintiffs were in lawful possession of their land. Defendants' use, storage, sale and/or distribution of gasoline containing MTBE and/or other volatile gasoline constituents, and/or construction, maintenance, repair and operation of the USTs and associated equipment at the Crossroads Exxon was unreasonable or intentional and resulted in an unreasonable, substantial and continuous invasion of Plaintiffs' properties from harmful gasoline constituents, which has materially diminished the value of the Plaintiffs' properties and seriously interfered with Plaintiffs' ordinary rights to use and enjoy their properties.  This unreasonable, substantial and continuous invasion also includes the presence of Defendants' employees, representatives, contractors, and other agents, as well as their equipment, machinery and vehicles, on and near Plaintiffs' properties to conduct well sampling, tests, drilling activities, and other remediation efforts.

45.     Defendants' unreasonable emission, disposal and release of toxic and hazardous substances into Plaintiffs' land and drinking water supply is substantially offensive, discomforting and annoying to persons of ordinary sensibilities, tastes and habits.   The

92

offensiveness, discomfort, and annoyance consist of, inter alia, oppressive odors and fumes, persistent noise, and other disruptions.

46.    Defendants' interference with Plaintiffs' use and enjoyment of their properties has been so unusual, pervasive and excessive that it necessarily caused, and continues to cause, immediate and substantial damage, harm and inconvenience to Plaintiffs. Plaintiffs' specific damages include, but are not limited to, the cost of obtaining a temporary alternate water supply for their personal use; restoration costs attributable to the presence of gasoline and/or gasoline constituents on their properties; and damages from increased traffic and inconvenience from Defendants' employees, representatives, contractors, and other agents for the purposes of conducting sampling and other investigative tasks and remedial activities on and near their properties.

47.    Defendants' unreasonable and/or intentional conduct regarding gasoline storage and remediation, and the construction and operation of the Crossroads Exxon station has resulted in an entry and intrusion, and the continued entry and intrusion onto and into Plaintiffs' properties without privilege, permission, invitation or justification, and constitutes a nuisance.

48.    Defendants' unreasonable and/or intentional conduct and continued course of action, inaction and/or omissions are a direct and proximate cause of Plaintiffs' injuries, including harm to their persons and property, and presents an increased risk of future harm. Plaintiffs are entitled to recover damages for the costs of such present and future injuries, including:  non-economic impacts; costs of providing and maintaining a program of medical monitoring based on any exposures to gasoline and its constituents; costs related to diminution of property value and loss of property appreciation; loss of personal enjoyment and use of property

93

by reason of deprivation of supply and use of Plaintiffs' water supply and contamination and/or threat of contamination; creation, installation, and maintenance of point of entry treatment systems ("POET") equipped with ultra-violet light; and damages for all other losses and injuries caused by Defendants.

49.     Defendants' unreasonable and/or intentional conduct and continued course of action, inaction and/or omissions are the direct and proximate cause of the damage to each Plaintiff's water supply in the Fallston/Baldwin area.   Plaintiffs are also entitled to recover damages for the costs of restoration, reimbursement and remediation of Plaintiffs' water supply, including payment by Exxon of all costs associated with restoration and remediation.

WHEREFORE, each Plaintiff claims FIFTEEN MILLION DOLLARS ($15,000,000.00) in compensatory damages and SEVENTY-FIVE MILLION DOLLARS ($75,000,000,000) in punitive damages, plus interest and costs; and further, Plaintiffs claim EIGHT HUNDRED FIFTY MILLION DOLLARS ($850,000,000.00) for restoration, reimbursement and remediation of their water supply.

## COUNT II

### (Trespass to Property)

50.     Plaintiffs reallege and incorporate by reference the allegations contained in Paragraphs 1 through 49 inclusive, as if fully and completely restated herein.

51.     Plaintiffs were at all relevant times in lawful possession of land they owned and/or occupied.

52.     Defendants knew that gasoline and/or gasoline constituents discharged from the UST systems at the Crossroads Exxon would migrate, or would be likely to migrate, into

94

groundwater serving as Plaintiffs' drinking water supply and that the groundwater would carry the contaminants onto Plaintiffs' real property.

53.   Despite Defendants' knowledge that their activities at the Crossroads Exxon station could foreseeably contaminate the water supplies of an identifiable group of residents in the area, including Plaintiffs, Defendants intentionally persisted in their conduct and continued a course of action, inaction and/or omissions that resulted in the discharge of gasoline and/or gasoline constituents into the groundwater that serves Plaintiffs' private wells and surrounding land.

54.   The discharge of gasoline and/or gasoline constituents onto and into Plaintiffs' properties and potable water supply has interfered, and continues to interfere, with the Plaintiffs' interests in the exclusive possession their land, and therefore constitutes an actual and/or constructive trespass to Plaintiffs' properties.

55.   Plaintiffs' properties continue to be threatened, exposed to and/or contaminated by hazardous chemicals and materials, including gasoline and/or gasoline constituents, emanating from the site of the former Crossroads Exxon station.

56.   Defendants' conduct regarding gasoline at Crossroads Exxon station has resulted in an unlawful entry and intrusion onto Plaintiffs' properties without privilege, permission, invitation or justification.  Defendants' conduct in causing this trespass exhibited actual malice and ill-will with intent to injure the Plaintiffs.  Defendants actions and omissions, as set forth herein, are a proximate cause of the contamination of all Plaintiffs' water supply and  are the direct and proximate cause of injuries and damages to the Plaintiffs.

95

57.     Plaintiffs are entitled to recover damages for the costs of such present and future injuries, including:  non-economic impacts; costs of providing and maintaining a program of medical monitoring based on any exposures to gasoline and its constituents; costs related to diminution of property value and loss of property appreciation; loss of personal enjoyment and use of property by reason of deprivation of supply and use of Plaintiffs' water supply and contamination and/or threat of contamination; creation, installation, and maintenance of POET systems equipped with ultra-violet light; and damages for all other losses and injuries caused by Defendants.

58.     Defendants' conduct and continued course of action, inaction and/or omissions are the direct and proximate cause of the damage to each Plaintiff's water supply in the Fallston/Baldwin area.  Plaintiffs are entitled to recover damages for the costs of restoration, reimbursement and remediation of Plaintiffs' water supply, including payment by Exxon of all costs associated with restoration and remediation.

WHEREFORE, each Plaintiff claims FIFTEEN MILLION DOLLARS ($15,000,000.00) in compensatory damages and SEVENTY-FIVE MILLION DOLLARS ($75,000,000.00) in punitive damages, plus interest and costs; and further, Plaintiffs claim EIGHT HUNDRED FIFTY MILLION DOLLARS ($850,000,000.00) for restoration, reimbursement and remediation of their water supply.

## COUNT III

### (Negligence)

59.     Plaintiffs reallege and incorporate by reference the allegations contained in Paragraphs 1 through 58 inclusive, as if fully and completely restated herein.

60.     Defendants stored and handled gasoline and installed and maintained gasoline handling equipment at the Crossroads Exxon.

61.     Defendants knew or should have known that if gasoline containing MTBE and/or other volatile gasoline constituents was spilled or otherwise released into the subsurface, it would mix with groundwater and spread its toxic plume over great distances.  Accordingly, Defendants knew or should have known that any conduct resulting in a release of gasoline in a high risk groundwater use area such as the Fallston/Baldwin area, could and would cause substantial injury to Plaintiffs.  Defendants likewise knew or should have known that any delay or deficiency in identifying the existence of a gasoline release and in taking necessary measures to halt or mitigate the discharge and migration of contamination would inure to the severe detriment of the Plaintiffs.

62.     Defendants owed Plaintiffs a duty to exercise reasonable care in the location, design, construction and maintenance of their filling station; in the operation, maintenance, and repair of the UST systems and associated piping, above-ground dispensers and line leak detection systems; and in the storage, handling, cleanup and disposal of their harmful and hazardous gasoline and gasoline constituents.  Defendants owed a specific duty to Plaintiffs to prevent and contain the discharge and release of substances that foreseeably could harm the persons, property or economic interests of Plaintiffs.  Defendants also had a specific duty to warn or notify Plaintiffs and government officials that discharges or releases of these substances had occurred, were suspected to have occurred, or were likely to occur in the future, and to warn or notify residents in the area, including Plaintiffs, of the potential hazards of exposure to these toxic and hazardous substances.

97

63.    As further detailed herein, Defendants breached one or more duties owed to Plaintiffs by failing: to properly design, and/or install a UST system suitable for a community served by a sole-source aquifer, maintain, and/or monitor the buildings, facilities, underground storage tanks, and associated systems at the Crossroads Exxon (e.g., failing to report and/or investigate evidence of gasoline releases, in violation of state regulation); to notify Plaintiffs of the contamination; and to adequately mitigate the harm to the Plaintiffs' water supply.  The Defendants were also negligent in their failure to properly design, install and maintain the GAC water filtration systems installed in the affected Plaintiffs' homes.

64.    Defendants breached duties and exhibited actual malice and acted with evil motive, intent to injure and ill-will toward Plaintiffs, and their conduct resulted in dangerous releases of hazardous and toxic substances onto and into Plaintiffs' land and water supply.  These actual and continued releases and discharges have subjected Plaintiffs to an unreasonable risk of harm, threat of future harm, and actual injuries to their persons, property and economic interests.

65.    After 1990, when the offsite contamination of a private water well became known to Exxon, in complete disregard for the safety, health and welfare of Plaintiffs, Exxon intentionally concealed the extent and the harmful nature of its discharged gasoline and gasoline constituents through defective investigation, "emergency" response and remediation procedures. Exxon knowingly and intentionally limited its testing and investigation of soil and groundwater and knowingly and intentionally concealed and misrepresented the spread and migration of contamination onto and into Plaintiffs' property and into Plaintiffs' drinking water supply.

66.    Defendants' negligence was a direct and proximate cause of injuries to Plaintiffs causing actual and continuing harm to Plaintiffs' persons and property, and creating an increased

98

risk of future harm to Plaintiffs.   All of these injuries were caused by negligence of the Defendants without any negligence by the Plaintiffs.   Plaintiffs are entitled to recover damages for the costs of such present and future injuries, including:   non-economic impacts; costs of providing and maintaining a program of medical monitoring based on any exposures to gasoline and its constituents; costs related to diminution of property value and loss of property appreciation; loss of personal enjoyment and use of property by reason of deprivation of supply and use of Plaintiffs' water supply and contamination and/or threat of contamination; creation, installation, and maintenance of POET systems equipped with ultra-violet light; and damages for all other losses and injuries caused by Defendants.

67.     Defendants' conduct and continued course of action, inaction and/or omissions are the direct and proximate cause of the damage to each Plaintiff's water supply in the Fallston/Baldwin area.   Plaintiffs are entitled to recover damages for the costs of restoration, reimbursement and remediation of Plaintiffs' water supply, including payment by Exxon of all costs associated with restoration and remediation.

WHEREFORE, each Plaintiff claims FIFTEEN MILLION DOLLARS ($15,000,000.00) in compensatory damages and SEVENTY-FIVE MILLION DOLLARS ($75,000,000.00) in punitive damages, plus interest and costs; and further, Plaintiffs claim EIGHT HUNDRED FIFTY MILLION DOLLARS ($850,000,000.00) for restoration, reimbursement and remediation of their water supply.

<u>**COUNT IV**</u>

(*Strict Liability*)

99

68.     Plaintiffs reallege and incorporate by reference the allegations contained in Paragraphs 1 through 67 inclusive, as if fully and completely restated herein.

69.     At all relevant times, Defendants owned, operated and/or otherwise exercised control over the Crossroads Exxon's petroleum storage and distribution related equipment and the UST systems and associated piping during the entire period of the station's existence, and are therefore responsible for gasoline and gasoline constituents that were and continue to be released into the subsurface, groundwater and surrounding land.

70.     The use, storage, sale and distribution of gasoline containing MTBE and/or other volatile gasoline constituents is an abnormally dangerous activity in this context, by exposing those who work and live in the high risk groundwater use area of Fallston/Baldwin, and patronize nearby businesses, to an unreasonable and severe risk of harm, regardless of the degree of caution which Defendants might have exercised.  Maryland's Court of Appeals and Court of Special Appeals have both recognized that the placement of gasoline USTs in close proximity to private residences and drinking water wells constitutes an abnormally dangerous activity from which strict liability shall arise.  *See Yommer v. McKenzie*, 255 Md. 220, 257 (1969); *Yarema*, 69 Md. App. at 153; *see also*, the Exxon Complaint in *Exxon Corp. v. Amoco Oil Co.*, U.S. District Court of the District of Maryland, Civil Action File No.: HAR 84-11).

71.     Defendants knew of the environmental and health hazards associated with the release of gasoline constituents into the subsurface, groundwater and surrounding land.  Although Plaintiffs maintain that Defendants' activities are abnormally dangerous, per se, the location of the USTs and the conduct of the aforesaid activities in a well-populated area, such as

100

Fallston, which solely relies on groundwater as a water resource, renders Defendants' activities abnormally dangerous.

72.    As a direct and proximate result of Defendants' abnormally dangerous use, storage, sale and distribution of gasoline and gasoline constituents on the property described herein, gasoline and gasoline constituents were released into the environment, thereby causing past, present and future injury to Plaintiffs.  Plaintiffs' injuries include actual present harm to their persons and property, the present threat of future harm to Plaintiffs' persons and property; and the threat of future contamination of Plaintiffs' persons and property.  These injuries constitute the types of harm that make Defendants' activities abnormally dangerous.

73.    After 1990, when the offsite contamination of a private water well became known to Defendants, in complete disregard for the safety, health and welfare of Plaintiffs, Exxon intentionally concealed the extent and the harmful nature of its discharged gasoline and gasoline constituents through defective investigation, "emergency" response and remediation procedures. Defendants knowingly and intentionally limited their testing and investigation of soil and groundwater and knowingly and intentionally concealed the spread and migration of contamination onto and into Plaintiffs' property and into Plaintiffs' drinking water supply.

74.    As a direct and proximate result of Defendants' abnormally dangerous activities, Plaintiffs are entitled to recover damages for the costs of such present and future injuries, including:  non-economic impacts; costs of providing and maintaining a program of medical monitoring based on any exposures to gasoline and its constituents; costs related to diminution of property value and loss of property appreciation; loss of personal enjoyment and use of property by reason of deprivation of supply and use of Plaintiffs' water supply and contamination and/or

101

threat of contamination; creation, installation, and maintenance of POET systems with ultra-violet light; and damages for all other losses and injuries caused by Defendants.

75.    In maintaining an abnormally dangerous Crossroads Exxon gas station over the course of years, Defendants' conduct exhibited actual malice and was with evil motive, intent to injure and ill-will toward Plaintiffs. Defendants continued their course of action, inaction and/or omissions which are the direct and proximate cause of the damage to each Plaintiff's water supply in the Fallston/Baldwin area.  Plaintiffs are also entitled to recover damages for the costs of restoration, reimbursement and remediation of Plaintiffs' water supply, including payment by Exxon of all costs associated with restoration and remediation.

WHEREFORE, each Plaintiff claims FIFTEEN MILLION DOLLARS ($15,000,000.00) in compensatory damages and SEVENTY-FIVE MILLION DOLLARS ($75,000,000.00) in punitive damages, plus interest and costs; and further, Plaintiffs claim EIGHT HUNDRED FIFTY MILLION DOLLARS ($850,000,000.00) for restoration, reimbursement and remediation of their water supply.

Respectfully submitted,

LAW OFFICES OF PETER G. ANGELOS, P.C.

Paul D. Raschke
Charles G. Bernstein
David L. Palmer
Mary C. Chalawsky
Joyce R. Lombardi
Court Towers
210 W. Pennsylvania Avenue, Suite 700

102

Towson, Maryland  21204
(410) 821-1000
(410) 878-7330 (fax)

John W. Nowicki
6916 North Point Road
Baltimore, Maryland 21219-1216
(410) 477-8400

*Attorneys for Plaintiffs*

103

KENNETH ACKERMAN, *et al.*,      *       IN THE
                                 *
      Plaintiffs,                *       CIRCUIT COURT
                                 *
v.                               *       FOR
                                 *
JOHN R. HICKS, *et al.*,         *       HARFORD COUNTY
                                 *
      Defendants.                *       CASE NO.: _____
                                 *
*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## PRAYER FOR JURY TRIAL

Pursuant to MD. R. CIV. P. 2-325(a), Plaintiffs hereby elect to have their case tried before a jury.

_____
Paul D. Raschke

104

| | | |
|---|---|---|
| **KENNETH ACKERMAN**, *et al.*, | * | IN THE |
| | * | |
| Plaintiffs, | * | CIRCUIT COURT |
| | * | |
| v. | * | FOR |
| | * | |
| **JOHN R. HICKS**, *et al.*, | * | HARFORD COUNTY |
| | * | |
| Defendants. | * | CASE NO.: _____ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2nd day of November, 2011, copies of the foregoing

COMPLAINT and PRAYER FOR JURY TRIAL were served, by agreement, via electronic mail

and priority mail postage prepaid, on all counsel listed below:

Andrew Gendron, Esquire
Michael J. DeVinne, Esquire
Venable, LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202

Jamie Slimm, Esquire
Archer & Greiner, P.C.
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033

*Counsel for ExxonMobil Corp.*

Paul W. Ishak, Esquire
Stark and Keenan, P.A.
30 Office Street
Bel Air, MD 21014

*Counsel for Defendant John R. Hick*

_____
Paul D. Raschke

105