| | | |
|---|---|---|
| KENNETH ACKERMAN, et al., | * | IN THE U.S. |
| Plaintiffs | * | DISTRICT COURT |
| v. | | |
| | * | FOR THE DISTRICT OF |
| EXXON MOBIL CORPORATION, et al., | * | MARYLAND |
| Defendants | | |
| | * | BALTIMORE DIVISION |
| | * | Case No.: 11-CV-3442 WDQ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREBY the Plaintiffs had filed suit in this removed action seeking compensatory and punitive damages in connection with groundwater contamination by MTBE gasoline released from the Upper Crossroads Exxon Station; and whereby parties have executed Confidential Release Agreements to settle all claims and whereby the parties have stipulated to the dismissal of the underlying State action in Harford County Circuit Court Case No. 12-C-04-1834, a copy of which dismissal is attached as Exhibit A, it is hereby agreed and stipulated, pursuant to Rule 41 (a) (1) (A) (ii) that the above captioned matter be dismissed with prejudice.

A. Consistent with the terms of the Confidential Release Agreements between the parties, the Plaintiffs, by and through the law offices of Peter G. Angelos, P.C., hereby dismiss their claims against Defendants Exxon Mobil Corporation and John Hicks, with prejudice, in the above-captioned action, pursuant to Rule 41 (a) (1) (A) (ii).

B. Each party shall bear its own costs.

_Theodore M. Flerlage_ +03439 6/15/16
Theodore M. Flerlage, Esquire
Peter G. Angelos, P.C.
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
Phone: 410-951-7176
Fax: 410-649-2151
TMF@lawpga.com

*Counsel for Plaintiffs*

_Paul W. Ishak_
Paul W. Ishak, Esquire
Stark and Keenan, P.A.
30 Office Street
Bel Air, Maryland 21014
Phone: 410-879-2222
Fax: 410-879-0688
Federal Bar No.: 06018
pishak@starkandkeenan.com

*Counsel for John R. Hicks*

_Andrew Gendron/PI_
Andrew Gendron, Esquire
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Phone: 410-244-7439
Fax: 410-244-7742
agendron@venable.com

*Counsel of Record for Exxon Mobil Corporation*

_Jamie Slimm/PI_
Jamie A. Slimm, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, New Jersey 08033
Phone: 856-354-3091
Fax: 856-795-0574
jslimm@archerlaw.com

*Counsel for Exxon Mobil Corporation*

_James F. Sanders/PI_
James F. Sanders, Esquire
Neal and Harwell, PLC
150 4th Avenue North, Suite 2000
Nashville, TN 37219
Phone: 615-244-1713
Fax: 615-726-0573
jsanders@nealharwell.com

*Counsel for Exxon Mobil Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2016 I caused the foregoing Stipulation of Dismissal to be delivered by email and first class U.S. mail, postpaid, to the following:

Theodore M. Flerlage, Esquire
Peter G. Angelos, PC
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
TMF@lawpga.com
*Counsel for Plaintiff*

Andrew Gendron, Esquire
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
agendron@venable.com
*Counsel of Record for Exxon Mobil Corporation*

Jamie A. Slimm, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfiedl, New Jersey 08033
jslimm@archerlaw.com
*Counsel for Exxon Mobil Corporation*

James F. Sanders, Esquire
Neal and Harwell, PLC
150 4th Avenue North, Suite 2000
Nashville, Tennessee 37219
jsanders@nealharwell.com
*Counsel for Exxon Mobil Corporation*

_____
Paul W. Ishak

| | | |
|---|---|---|
| HOPE KOCH, et al., | * | IN THE |
| Plaintiffs, | * | CIRCUIT COURT |
| v. | * | FOR |
| JOHN HICKS, et al., | * | HARFORD COUNTY |
| Defendants. | * | Case No. 12-C-04-1834 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREBY the Plaintiffs filed suit in the above captioned case seeking compensatory and punitive damages in connection with groundwater contamination by MTBE gasoline released from the Upper Crossroads Exxon Station; and whereby parties have executed Confidential Release Agreements to settle all claims; it is hereby agreed and stipulated, pursuant to Maryland Rule 2-506(a)(2), that:

A. Consistent with the terms of the Confidential Release Agreements between the parties, the parties, by and through the law offices of Peter G. Angelos, P.C., hereby dismiss their claims against Defendants Exxon Mobil Corporation and John Hicks, with prejudice, in the above-captioned action, pursuant to Maryland Rule 2-506(a)(2);

FILED 2016 MAR -2 A 10 56 CLERK OF THE CIRCUIT COURT HARFORD COUNTY, MD. CIVIL DEPT

1

Exhibit A

B. Each party shall bear its own costs.

Dated: March 2, 2016

_____  4/27/2016   _____
Theodore M. Flerlage, Esquire            Paul W. Ishak, Esquire
Peter G. Angelos, PC                     Stark and Keenan
One Charles Center                       A Professional Association
100 N. Charles Street, 22nd Floor        30 Office Street,
Baltimore, MD 21201-3804                 Bel Air, MD 21014
Phone: 410-951-7176                      Phone: 410-838-5522
Fax: 410-649-2151                        Fax: 410-879-0688

Counsel for Plaintiffs                   Counsel for John R. Hicks

_____
Kimberly Limbrick, Esquire
Crosswhite, Limbrick & Sinclair, L.L.P.
25 Hooks Lane, Suite 310
Baltimore, Maryland 21208
Phone: 410-653-6890
Fax: 410-653-6896

and

Jamie A. Slimm, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Phone: 856-354-3091
Fax: 856-795-0574

and

James F. Sanders, Esquire
Neal and Harwell, PLC
150 4th Avenue North, Suite 2000
Nashville, TN 37219-2498
Phone: 615-244-1713
Fax: 615-726-0573

Counsel for Exxon Mobil Corporation

11349594v1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2016 I caused the foregoing Stipulation of Dismissal to be delivered by first class U.S. mail, postpaid, to the following:

Theodore M. Flerlage, Esquire
Peter G. Angelos, PC
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
*Counsel for Plaintiff*

Kimberly Limbrick, Esquire
25 Hooks Lane, Suite 310
Baltimore, Maryland 21208
*Counsel for Exxon Mobil Corporation*

Jamie A. Slimm, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfiedl, New Jersey 08033
*Counsel for Exxon Mobil Corporation*

James F. Sanders, Esquire
Neal and Harwell, PLC
150 4th Avenue North, Suite 2000
Nashville, Tennessee 37219
*Counsel for Exxon Mobil Corporation*

Paul W. Ishak